**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc. | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 47-5086469 | |
| In re | Chapter 11 |
| 100 Bush St SF LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 84-2942215 | |
| In re | Chapter 11 |
| 101 Fifth Ave NYC LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 83-4090224 | |
| In re | Chapter 11 |
| 101 Montgomery St SF LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 83-2678393 | |
| In re | Chapter 11 |
| 10301 Jefferson Blvd LA LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 84-2431430 | |
| In re | Chapter 11 |
| 110 W 32nd NYC LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 83-4343344 | |
| In re | Chapter 11 |
| 1100 Glendon LA LLC | |
|                 Debtor. | Case No. 21-_____ (____) |
| Tax I.D. No. 83-3914535 | |

| | |
|---|---|
| In re<br><br>1120 20th St DC LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3662233 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>116 W 32nd NYC LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3682073 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>12 E 33 St NYC LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3875535 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>12121 Bluff Creek LA LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-4131394 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>12211 Washington LA LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3080572 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>125 Fifth Ave NYC LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-1876335 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>1250 Eye St DC LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-2757981 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>12555 West Jefferson Way LA LLC<br><br>　　　　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-2325657 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>126 Post St SF LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-2775878 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>129 W 29th NYC LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-4005122 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>131 Rodeo 102 LA LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-2857167 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>131 Rodeo 250 LA LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-2889670 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>13160 Mindanao Way LA LLC<br><br>                Debtor.<br><br>Tax I.D. No. 84-2307667 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>1317 5th St LA LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-4406337 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>1330 Conn Ave DC LLC<br><br>                Debtor.<br><br>Tax I.D. No. 84-3288693 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>1407 Broadway NYC LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-3054080 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re | Chapter 11 |
| 142 Berkeley St BOS LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 84-2681465 | |
| In re | Chapter 11 |
| 1444 Market St SF LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 84-2272723 | |
| In re | Chapter 11 |
| 146 Geary St SF LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 84-2242574 | |
| In re | Chapter 11 |
| 152 W 25 NYC LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 83-3839397 | |
| In re | Chapter 11 |
| 1550 Bryant St SF LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 83-4314610 | |
| In re | Chapter 11 |
| 1556 20th LA LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 83-3761760 | |
| In re | Chapter 11 |
| 16 W 36 St NYC LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 83-3109002 | |
| In re | Chapter 11 |
| 1625 Oly Blvd LA LLC | |
| Debtor. | Case No. 21-_____ (___) |
| Tax I.D. No. 83-4247066 | |

| | |
|---|---|
| In re<br><br>1640 Sepulveda LA LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-4195317 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>166 Geary St SF LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-2493115 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>1720 Eye St DC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-2730790 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>1725 Montgomery St SF LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-2166207 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>19 W 44th NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-2251886 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>195 Broadway NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-4026670 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>2 Liberty Sq BOS LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-3509124 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>22 W 21 ST NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-2717693 | Chapter 11<br><br>Case No. 21-_____ (____) |

| | |
|---|---|
| In re<br><br>2228 Cottner LA LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-3933742 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>23 W 20th NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-3979493 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>239 Causeway St Boston LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-2383913 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>240 W 35th NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-3958480 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>240 W 40 St NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-3422852 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>250 Montgomery St LLC<br><br>               Debtor.<br><br>Tax I.D. No. 84-2059579 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>259 W 30TH NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-3458173 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>26 W 17th St NYC LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-4070508 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>260 W 39th NYC LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 83-4156968 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>275 Battery St SF LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 83-4277442 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>28 W 25 NYC LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 83-3625955 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>29 W 35th St NYC LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 83-2583842 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>295 Madison NYC LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 84-2201937 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>30 W 21 St NYC LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 83-2784719 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>300 Broadway St SF LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 84-2179840 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>300 Montgomery St SF LLC<br><br>                 Debtor.<br><br>Tax I.D. No. 84-2118694 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>301 Brannan St SF LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 84-4011349 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>303 Second St SF LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 83-4281264 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>3137 S La Cienega Blvd LA LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 83-4578732 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>320 Lincoln LA LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 83-3566758 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>3309 La Cienega Place LA LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 84-2416819 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>333 Broadway SF Tenant LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 84-2089613 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>350 Sansome St SF LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 84-2195065 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>3535 Hayden Ave LA LLC<br><br>                        Debtor.<br><br>Tax I.D. No. 84-3095720 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |

| | |
|---|---|
| In re<br><br>360 Madison NYC LLC<br><br>      Debtor.<br><br>Tax I.D. No. 84-3443372 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>369 Lexington Ave NYC LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2814283 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>390 Broadway NYC LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-3433057 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>40 Broad St BOS LLC<br><br>      Debtor.<br><br>Tax I.D. No. 84-2653293 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>400 Sutter St SF LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-3349792 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>405 E 4th Avenue SM LLC<br><br>      Debtor.<br><br>Tax I.D. No. 84-2075196 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>405 Howard Street SF LLC<br><br>      Debtor.<br><br>Tax I.D. No. 84-2135179 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>429 Santa Monica Blvd LA LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2692522 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>42Floors LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-3297556 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>44 E 32nd Street NYC LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-2348777 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>44 Thomson Pl BOS LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-2389379 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>447 Broadway NYC LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-2003365 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>45 W 45 ST NYC LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-2797749 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>4501 Glencoe Blvd LA LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-3064141 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>455 Market St SF LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-3470010 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>456 Montgomery St SF LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-2927577 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>465 California St SF LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 84-2228081 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>5 Bryant Park NYC LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 83-3392865 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>50 Osgood Pl SF LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 84-1998973 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>505 Howard SF St LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 84-2475071 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>545 5th Ave NYC LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 84-1891165 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>555 Montgomery St SF LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 83-2663045 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>565 Commercial St SF LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 83-3509276 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>580 8th Ave NYC LLC<br><br>                          Debtor.<br><br>Tax I.D. No. 83-2567612 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br>590 Fifth Ave NYC LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-2990113 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>597 Fifth Ave NYC LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3010158 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>6 W 28th NYC LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-4112594 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>60 Madison NYC LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 84-2329645 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>600 Corporate Pointe LA LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 84-1982713 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>649 Mission St SF LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3834760 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>650 Fifth Ave NYC LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3413279 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br>71 Stevenson St SF LLC<br>　　　　　　　　Debtor.<br>Tax I.D. No. 83-3495366 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>750 HARRISON ST SF LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-2927076 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>818 Mission St SF LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4173973 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>8590 National Blvd LA LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4386204 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>8690 National Blvd LA LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4400571 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>875 6th Ave NYC LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4358710 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>88 Kearny St SF LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4620116 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>901 Market St SF LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 83-4323218 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>909 E Street DC LLC<br><br>                    Debtor.<br><br>Tax I.D. No. 84-3199729 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>909 Ocean Front Walk LA LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 84-2371053 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>91 Fifth Ave NYC LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 83-3644405 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Bush 225 SF LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 83-3571909 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Cortlandt White NYC LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 83-4217796 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Kkoin, LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 61-1929249 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 1 Whitehall LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 82-5449153 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 102 Madison LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 82-4703377 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 105 Madison LLC<br><br>                            Debtor.<br><br>Tax I.D. No. 83-0596066 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 109 Stevenson LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2165629 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 11 E 44th LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2518243 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 110 Greene LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2396272 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 110 William LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-0925421 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 114 W 26th LLC<br><br>      Debtor.<br><br>Tax I.D. No. 37-4045116 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 12 W 21st St LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-1966858 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 12 W 27th St LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-1951596 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 121 2nd Street LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-1188215 | Chapter 11<br><br>Case No. 21-_____ (____) |

| | |
|---|---|
| In re<br><br>Knotel 147 W 24th LLC<br><br>     Debtor.<br><br>Tax I.D. No. 82-5085253 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 148 Lafayette LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-1213977 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 150 Post LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-2273916 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 1500 Broadway LLC<br><br>     Debtor.<br><br>Tax I.D. No. 84-2140184 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 155 Fifth Ave LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-1026739 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 156 Fifth, LLC<br><br>     Debtor.<br><br>Tax I.D. No. 82-5438679 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 16 W 22nd LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-4608517 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 160 Pine LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-1172683 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 17 W 20th LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-0958965 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 180 Howard LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-2212705 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 200 W 41st LLC<br><br>           Debtor.<br><br>Tax I.D. No. 30-1000246 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 2080 Addison LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-2200842 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 211 East 43 LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-2552391 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 213 W 35th St LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-1937484 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 220 W 19th St LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-0874568 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 221 Pine LLC<br><br>           Debtor.<br><br>Tax I.D. No. 83-2098382 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 224 W 30th LLC<br><br>                Debtor.<br><br>Tax I.D. No. 82-4891740 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 229 W 43 LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-2598162 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 25 W 45th LLC<br><br>                Debtor.<br><br>Tax I.D. No. 82-5490457 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 250 Hudson LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-0808143 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 250 Hudson ST LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-1202293 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 26 OFarrell LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-2286955 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 26 W 17 LLC<br><br>                Debtor.<br><br>Tax I.D. No. 83-1908035 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 261 Madison LLC<br><br>                Debtor.<br><br>Tax I.D. No. 82-5519847 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 27 W 23rd ST LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-2625510 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 29 W 17th LLC<br><br>               Debtor.<br><br>Tax I.D. No. 82-5035895 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 3 E 28th LLC<br><br>               Debtor.<br><br>Tax I.D. No. 32-0551410 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 30 Broad LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-0545218 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 30 West 26th LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-0776440 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 307 Fifth LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-0891088 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 31 W 27th LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-0859757 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 321 11th LLC<br><br>               Debtor.<br><br>Tax I.D. No. 83-2147976 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 340 Brannan LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-1778879 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 36 W 14th LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3032502 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 360 Pas LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 61-1862846 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 37 W 17th LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 82-5051571 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 373 Pas LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 82-2342495 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 38 E 29th LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-0575641 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 399 Lafayette LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-2447613 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 40 EX LLC<br><br>　　　　　　　　　Debtor.<br><br>Tax I.D. No. 82-2303350 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 40 Wooster LLC<br><br>            Debtor.<br><br>Tax I.D. No. 82-5015971 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 400 Madison LLC<br><br>            Debtor.<br><br>Tax I.D. No. 36-4876101 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 41 USW LLC<br><br>            Debtor.<br><br>Tax I.D. No. 35-2614014 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 41 W 25 LLC<br><br>            Debtor.<br><br>Tax I.D. No. 83-2537411 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 417 Montgomery LLC<br><br>            Debtor.<br><br>Tax I.D. No. 83-1141285 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 419 PAS LLC<br><br>            Debtor.<br><br>Tax I.D. No. 30-1004176 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 43 W 24th LLC<br><br>            Debtor.<br><br>Tax I.D. No. 82-4557137 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 443 PAS LLC<br><br>            Debtor.<br><br>Tax I.D. No. 82-5471284 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 475 Park LLC<br><br>          Debtor.<br><br>Tax I.D. No. 36-4875485 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 49 Drumm LLC<br><br>          Debtor.<br><br>Tax I.D. No. 83-2228930 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 5 Hanover LLC<br><br>          Debtor.<br><br>Tax I.D. No. 83-0824463 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 521 Broadway LLC<br><br>          Debtor.<br><br>Tax I.D. No. 30-1015737 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 530 Broadway LLC<br><br>          Debtor.<br><br>Tax I.D. No. 83-0840906 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 530 Seventh Avenue LLC<br><br>          Debtor.<br><br>Tax I.D. No. 82-5502045 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 54 W 21st LLC<br><br>          Debtor.<br><br>Tax I.D. No. 83-0942085 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 54 W 22nd LLC<br><br>          Debtor.<br><br>Tax I.D. No. 82-5069685 | Chapter 11<br><br>Case No. 21-_____ (____) |

| | |
|---|---|
| In re<br>Knotel 55 W 21St LLC<br>                Debtor.<br>Tax I.D. No. 37-1866349 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 550 Montgomery LLC<br>                Debtor.<br>Tax I.D. No. 83-1152317 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 551 Fifth Ave LLC<br>                Debtor.<br>Tax I.D. No. 36-4876259 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 560 LEXINGTON LLC<br>                Debtor.<br>Tax I.D. No. 61-1853704 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 575 8th Ave LLC<br>                Debtor.<br>Tax I.D. No. 83-2437317 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 580 5th Ave LLC<br>                Debtor.<br>Tax I.D. No. 83-3373638 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 580 Market LLC<br>                Debtor.<br>Tax I.D. No. 83-2255639 | Chapter 11<br>Case No. 21-_____ (___) |
| In re<br>Knotel 584 Broadway LLC<br>                Debtor.<br>Tax I.D. No. 37-1874518 | Chapter 11<br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 5-9 USW LLC<br><br>      Debtor.<br><br>Tax I.D. No. 37-1866663 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 598 Broadway LLC<br><br>      Debtor.<br><br>Tax I.D. No. 61-1855099 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 6 W 48th St LLC<br><br>      Debtor.<br><br>Tax I.D. No. 82-4998601 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 600 Townsend LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-1108449 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 61 Broadway LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-1231135 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 611 Mission LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2246833 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 615 Sacramento LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2173880 | Chapter 11<br><br>Case No. 21-_____ (____) |
| In re<br><br>Knotel 625 2nd LLC<br><br>      Debtor.<br><br>Tax I.D. No. 83-2646631 | Chapter 11<br><br>Case No. 21-_____ (____) |

| | |
|---|---|
| In re<br><br>Knotel 655 Madison LLC<br><br>     Debtor.<br><br>Tax I.D. No. 36-4876782 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 695 AOA LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-0991566 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 701 Sutter LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-2136460 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 72 Madison LLC<br><br>     Debtor.<br><br>Tax I.D. No. 35-2607138 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 785 Market LLC<br><br>     Debtor.<br><br>Tax I.D. No. 82-2186419 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 80 Eighth Ave LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-0793223 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 814 Mission LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-1118910 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel 88 Stevenson LLC<br><br>     Debtor.<br><br>Tax I.D. No. 83-2079635 | Chapter 11<br><br>Case No. 21-_____ (___) |

| | |
|---|---|
| In re<br><br>Knotel 90 John LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-0907200 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel 900 Broadway LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-1920444 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel 972 Mission LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 36-4880419 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel Battery LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 35-2611884 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel Blockchain Services LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-2942568 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel Flowerpot LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 83-2829868 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel Geometry LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 84-2518599 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |
| In re<br><br>Knotel Platform 2017 LLC<br><br>                         Debtor.<br><br>Tax I.D. No. 32-0540957 | Chapter 11<br><br>Case No. 21-\_\_\_\_\_ (\_\_\_) |

| | |
|---|---|
| In re<br><br>Knotel President LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 35-2608350 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel Properties LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-4699432 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel Varick LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 82-1483113 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Knotel William LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 37-1869449 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Paces Ferry Road ATL LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-3842036 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Pine Street Tenant NY LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 83-3317479 | Chapter 11<br><br>Case No. 21-_____ (___) |
| In re<br><br>Tenant 660 Mkt St SF LLC<br><br>　　　　　　　　Debtor.<br><br>Tax I.D. No. 84-2026785 | Chapter 11<br><br>Case No. 21-_____ (___) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING
JOINT ADMINISTRATION OF CHAPTER 11 CASES**

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") respectfully move (the "<u>Motion</u>") as follows:

**<u>RELIEF REQUESTED</u>**

1.       By this Motion, the Debtors respectfully request entry of an order, substantially in the form attached as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>"), directing joint administration of these cases for procedural purposes only.

2.       The Debtors also request that (a) the Court maintain one file and one docket for the jointly-administered chapter 11 cases under the case number assigned to Knotel, Inc., and (b) these chapter 11 cases be administered under a consolidated caption, substantially as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-_____ (___) |
| Debtors.[1] | Jointly Administered |

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("<u>PACER</u>") account, which may be obtained at https://pacer.uscourts.gov.  The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

3.       The Debtors also request that an entry be made on the docket of each of the Debtors' cases to reflect the joint administration of these cases, substantially similar to the following:

An Order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Knotel, Inc. and its affiliated debtors.  The docket in the chapter 11 case of Knotel, Inc., Case No. 21-_____ (___), should be consulted for all matters affecting these cases.

4.      Further, the Debtors request that the Court authorize them to utilize a combined service list for the jointly-administered chapter 11 cases and that combined notices may be sent to the Debtors' creditors where appropriate.

## JURISDICTION

5.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The Debtors consent pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court of the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

7.      The statutory bases for the relief requested herein are section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "Bankruptcy Code"), rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 1015-1.

## BACKGROUND

8.      On January 31, 2021 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  No trustee, examiner, or official committee has been appointed in these cases.  The Debtors are operating their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

9.      Additional detail regarding the Debtors, their business, the events leading to commencement of these cases, and the facts and circumstances supporting the relief requested herein is set forth in the *Declaration of John M. Jureller in Support of First Day Relief* (the "First Day Declaration") filed concurrently herewith and is incorporated herein by reference.

## BASIS FOR RELIEF

10.      Under Bankruptcy Rule 1015(b), if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  The Debtors are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code, as each Debtor is a wholly owned direct or indirect subsidiary of Knotel, Inc.  Accordingly, this Court is authorized to grant the relief requested herein.

11.      Additionally, Local Rule 1015-1 provides that this Court may order joint administration without notice or a hearing upon the filing of a motion requesting such joint administration and an affidavit or verification establishing that joint administration is warranted and will ease the administrative burden for the Court and the parties.

12.      As set forth in the First Day Declaration, entry of an order directing joint administration of the Debtors' chapter 11 cases will avoid duplicative notices, applications and orders, thereby saving the Debtors and parties in interest considerable time and expense, as well as ease the administrative burden on the Court and the parties.  The rights of creditors will not be adversely affected because this Motion requests only administrative consolidation of the chapter

11 cases.  By aggregating all papers related to the Debtors under the same case caption and docket, creditors and parties in interest will be able to access and review relevant information concerning the Debtors in one place and will thereby be better able to keep apprised of the matters before this Court.

13.     Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate and in the best interests of their estates and creditors and should be granted.

## **NOTICE**

14.     Notice of this Motion is not required pursuant to Local Rule 1015-1.

## **CONCLUSION**

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached as **Exhibit A**, granting the relief requested herein and such other relief as is just and proper.

Dated: January 31, 2021                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

*/s/ Robert J. Dehney*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Matthew O. Talmo (No. 6333)
Andrew R. Workman (No. 6710)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      mharvey@morrisnichols.com
      mtalmo@morrisnichols.com
      aworkman@morrisnichols.com

- and -

Mark Shinderman (*pro hac vice* pending)
Daniel B. Denny (*pro hac vice* pending)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
Email: mshinderman@milbank.com
      ddenny@milbank.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*