**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF CHAPTER 11 PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR VIDEOCONFERENCE HEARING SCHEDULED FOR FEBRUARY 2, 2021, AT 11:30 A.M. (E.T.)**

> This hearing will be held via Zoom. **All** parties wishing to appear must register via the registration link:
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdO2pqD8iHgqorGEcefoUMaMXG64yKXg
>
> After parties register, they will receive an email giving them the log-in information for the scheduled hearing.
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> Topic: Knotel, Inc.
>
> Time: February 2, 2021 11:30 AM Eastern Time (US and Canada)

**PLEASE TAKE NOTICE** that, on January 31, 2021, Knotel, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively , the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and related motions with the United States Bankruptcy Court for the District of Delaware. A motion has been filed with the Court requesting that the chapter 11 cases of the Debtors be jointly administered for procedural purposes only. The Debtors continue to operate their business as debtors in possession

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

pursuant to sections 1107 (a) and 1108 of the Bankruptcy Code. The automatic stay of section 362(a) of the Bankruptcy Code is in effect.

**PETITIONS**

1. Voluntary Petitions (see attached **Exhibit A**)

**DECLARATIONS IN SUPPORT OF FIRST DAY PLEADINGS**

2. Declaration of John M. Jureller in Support of First Day Relief (D.I. 3, filed 1/31/21).

3. Declaration of Adam B. Keil in Support of the DIP Financing Motion and Bidding Procedures Motion (D.I. 17, filed 02/01/21).

   **PLEASE TAKE FURTHER NOTICE** that, a videoconference hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for **FEBRUARY 2, 2021, at 11:30 A.M. (prevailing Eastern Time)** (the "First Day Hearing" before the honorable **MARY F. WALRATH**, United States Bankruptcy Judge for the District of Delaware.

**MATTERS GOING FORWARD**

4. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases (D.I. 2, 01/31/21).

   Status: This matter will be going forward.

5. Debtors' Application for an Order Appointing Omni Agent Solutions as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Petition Date (D.I. 4, filed 01/31/21).

   Status: This matter will be going forward.

6. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File (A) a Consolidated List of Creditors and (B) a Consolidated List of Debtors' Top Thirty Creditors, (II) Provide Notices, Including Notices of Commencement of Cases and Section 341 Meeting, and (III) Granting Related Relief (D.I. 5, filed 01/31/21).

   Status: This matter will be going forward.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 7, filed 01/31/21).

   Status: This matter will be going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 8, filed 01/31/21).

    Status:  This matter will be going forward.

9. Debtors' Motion for Interim and Final Orders Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Coverage as Needed in Their Business Judgment, and (D) Continue to Honor Insurance Premium Finance Obligations (D.I. 9, filed 01/31/21).

    Status:  This matter will be going forward.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods (III) Authorizing Use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary-Course Intercompany Transactions, (V) Granting Administrative Priority to Postpetition Intercompany Claims, (VI) Extending Time to Comply with 11 U.S.C. 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 10, filed 01/31/21).

    Status:  This matter will be going forward.

11. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Granting Related Relief (D.I. 11, filed 01/31/21).

    Status:  This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, and 507,  (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Liens and Superpriority Administrative Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Lender; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief (D.I. 15, filed 02/01/21).

    Status:  This matter will be going forward.

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits, and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 19, filed 02/01/21).

Status:  This matter will be going forward.

**SCHEDULING MATTER**

14. Debtors' Motion For Entry of An Order Approving (I) (A) The Debtors Entry Into Stalking Horse Agreement And Related Bid Protections; (B) The Bidding Procedures In Connection With The Sale Of Substantially All Of The Debtors Assets, (C) The Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (D) The Form And Manner Of Notice Of The Sale Hearing, Assumption Procedures, And Auction Results, And (E) Dates For An Auction And Sale Hearing; (II)(A) The Sale Of Substantially All Of The Debtors Assets Free And Clear Of All Claims, Liens, Liabilities, Rights, Interests, And Encumbrances And (B) The Debtors Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (III) Granting Related Relief (D.I. 16, filed 02/01/21).

    a. Debtors' Motion for Entry of an Order Shortening Notice of Hearing on the Debtors' Motion to Approve Bidding Procedures for the Sale of the Debtors' Assets (D.I. 18, filed 02/01/21).

    Status:  The Debtors intend to discuss and request scheduling of this matter at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by registering via the following link: https://debuscourts.zoomgov.com/meeting/register/vJItdO2pqD8iHgqorGEcefoUMaMXG64yKXg. Once registered, parties will receive an email providing them with the log-in information for the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: February 1, 2021<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Andrew R. Workman*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>Andrew R. Workman (No. 6710)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com<br>aworkman@morrisnichols.com<br><br>- and -<br><br>Mark Shinderman (*pro hac vice* pending)<br>Daniel B. Denny (*pro hac vice* pending)<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>Email: mshinderman@milbank.com<br>ddenny@milbank.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |