**<u>EXHIBIT 1</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: March 18, 2021 at 2:00 p.m. (ET)**<br>**Objection Deadline: March 9, 2021 at 4:00 p.m. (ET)** |

**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT
AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
EFFECTIVE AS OF FEBRUARY 9, 2021**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors (the "Debtors"), hereby submits this application (the "Application"), pursuant to sections 328 and 1103 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and consistent with the Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, issued by the Executive Office of the United States Trustee (the "U.S. Trustee Guidelines"), for the entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing and approving the employment and retention of Lowenstein Sandler LLP

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

("Lowenstein Sandler") as lead counsel for the Committee, effective as of February 9, 2021.  In support of this Application, the Committee submits the *Declaration of Michael S. Etkin, Esq.* (the "Etkin Declaration"), a partner of Lowenstein Sandler, attached hereto as **Exhibit B**, and the *Declaration of Committee Co-Chairperson in Support of Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel, Effective as of February 9, 2021*, attached hereto as **Exhibit C**, and respectfully states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* dated February 29, 2012 (Sleet, C.J.). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rules 2014-1 of the Local Rules.

## BACKGROUND

3.      On January 31, 2021 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") commencing these cases (the "Chapter 11 Cases").  No trustee or examiner has been appointed in the Chapter 11 Cases.

4.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to manage their properties and operate their businesses as debtors in possession.

5.      On February 8, 2021, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code.  [Docket No. 122].  The

Committee is comprised of seven members: (i) Neustar, Inc.; (ii) 11 East 44th Street LLC; (iii) United Group LLC; (iv) ARC NYC570Seventh, LLC; (v) Door Dash, Inc.; (vi) One Workplace L Ferrari, LLC; and (vii) Eden Technologies, Inc..   On the following day, the Committee selected Lowenstein Sandler LLP to serve as its lead counsel and Potter Anderson & Corroon LLP ("Potter Anderson") to serve as its Delaware counsel.   The Committee subsequently selected FTI Consulting ("FTI") to serve as its financial advisor in the Chapter 11 Cases.

6.      Information regarding the Debtors' history, business operations, capital structure, primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases can be found in the *Declaration of John M. Jureller in Support of First Day Relief* [Docket No. 3].

## **RELIEF REQUESTED**

7.      By this Application, the Committee respectfully requests the entry of an order authorizing and approving the employment and retention of Lowenstein Sandler as its counsel to perform legal services relating to the Chapter 11 Cases, effective as of February 9, 2021.

8.      The Committee believes that it is necessary to employ attorneys to render the professional services described herein, and that without such professional assistance, neither the Committee's evaluation of the operations of the Debtors nor its meaningful participation in the negotiation, promulgation and evaluation of any sale of assets or plan of reorganization or liquidation would be possible.

9.      Pursuant to section 1103(b) of the Bankruptcy Code, an attorney employed to represent an official committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case.   Lowenstein Sandler has advised the Committee that Lowenstein Sandler does not hold or represent any other entity having an

adverse interest in connection with the Chapter 11 Cases, and does not have any connections with the Bankruptcy Judge presiding over the Chapter 11 Cases, the United States Trustee for Region 3 or any person employed by the Office of the United States Trustee, except as set forth in the Etkin Declaration, submitted herewith and setting forth Lowenstein Sandler's connections with the Debtors, their creditors, and other parties-in-interest in these Chapter 11 Cases.

10.     The Committee selected Lowenstein Sandler because of its attorneys' experience and knowledge in bankruptcy matters.  The Committee believes that Lowenstein Sandler is well qualified to represent the Committee in these Chapter 11 Cases.  Lowenstein Sandler has represented official committees of unsecured creditors in numerous chapter 11 cases in this District, including, without limitation: *In re: GNC Holdings, Inc.*, Case No. 20-11662 (KBO); (Bankr. D. Del.  June 23, 2020); *In re: Maines Paper & Food Service, Inc.*, Case No. 20-11502 (KBO); (Bankr. D. Del.  June 10, 2020); *In re: Exide Holdings, Inc.,* Case No. 20-11157 (CSS) (Bankr. D. Del. May 19, 2020); *In re: Hygea Holdings Corp.,* Case No. 20-10361 (KBO) (Bankr. D. Del. Feb. 19, 2020); *In re: Bumble Bee Parent, Inc.,* Case No. 19-12502 (LSS) (Bankr. D. Del. Nov. 21, 2019); *In re: Fred's, Inc.,* Case No. 19-11984 (CSS) (Bankr. D. Del. Sept. 9, 2019); *In re: SportCo Holdings, Inc.,* Case No. 19-11299 (LSS) (Bankr. D. Del. June 10, 2019); *In re: Southeastern Metal Products LLC,* Case No. 19-10989 (BLS) (Bankr. D. Del. May 6, 2019); *In re*: *Orchids Paper Company*, Case No. 19-10729 (MFW) (Bankr. D. Del. April 1, 2019); *In re: One Aviation Corporation*, Case No. 18-12309 (CSS) (Bankr. D. Del. Nov. 16, 2018); *In re*: *Vitamin World, Inc.*, Case No. 17-11933 (KJC) (Bankr. D. Del. Sept. 11, 2017); *In re*: *Short Bark Industries*, Case No. 17-11502 (KG) (Bankr. D. Del. July 10, 2017); *In re: CST Industries Holdings, Inc.*, Case No. 17-11292 (BLS) (Bankr. D. Del. June 9, 2017); *In re: Rupari Holding Corp.*, Case No. 17-10793 (KJC) (Bankr. D. Del. April 10, 2017); *In re: Lily Robotics,*

*Inc.*, Case No. 17-10426 (KJC) (Bankr. D. Del. Feb. 27, 2017); *In re: Prestige Industries LLC*, Case No. 17-10186 (KG) (Bankr. D. Del. Jan. 30, 2017); *In re: Draw Another Circle, Ltd.*, Case No. 16-11452 (KJC) (Bankr. D. Del. June 13, 2016); *In re: Xtera Communications, Inc., et al.*, Case No. 16-12577 (KJC) (Bankr. D. Del. Nov. 15, 2016); *In re: Horsehead Holding Corp., et al.*, Case No. 16-10287 (CSS) (Bankr. D. Del. Feb. 2, 2016); *In re: Taylor-Wharton International, LLC,* Case No. 15-12075 (BLS) (Bankr. D. Del. Oct. 7, 2015); *In re: The Standard Register Company*, Case No. 15-10541 (BLS) (Bankr. D. Del. Mar. 12, 2015); *In re: Phoenix Payment Systems*, Case No. 14-11848 (MFW) (Bankr. D. Del. Oct. 29, 2014); *In re: Universal Cooperatives, Inc.*, Case No. 14-11187 (MFW) (Bankr. D. Del. Jul. 8, 2014); *In re: Gridway Energy Holdings, Inc.*, Case No. 14-10833 (CSS) (Bankr. D. Del. May 28, 2014); *In re: Exide Technologies*, Case No. 13-11482 (KJC) (Bankr. D. Del. Aug. 6, 2013).

11.     The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

(a)     advising the Committee with respect to its rights, duties, and powers in these Chapter 11 Cases;

(b)     assisting and advising the Committee in its consultations with the Debtors relative to the administration of these Chapter 11 Cases;

(c)     assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(d)     assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' business;

(e)     assisting the Committee in analyzing (i) the Debtors' pre-petition financing, (ii) proposed use of cash collateral, and (iii) the Debtors' proposed debtor-in-possession financing ("DIP Financing"), the terms and conditions of the proposed DIP Financing and the adequacy of the proposed DIP Financing budget;

(f)     assisting the Committee in its investigation of the liens and claims of the holders of the Debtors' pre-petition debt and the prosecution of any claims or causes of action revealed by such investigation;

(g)     assisting the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, sale of assets, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(h)     assisting and advising the Committee as to its communications to unsecured creditors regarding significant matters in these Chapter 11 Cases;

(i)     representing the Committee at hearings and other proceedings;

(j)     reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

(k)     assisting the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives in these Chapter 11 Cases, including without limitation, the preparation of retention papers and fee applications for the Committee's professionals, including Lowenstein Sandler;

(l)     preparing, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

(m)     performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

12.     Subject to the Court's approval, and pursuant to sections 328, 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and other procedures which this Court may fix, the Committee requests that Lowenstein Sandler be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses that Lowenstein Sandler incurs, in

accordance with Lowenstein Sandler's ordinary and customary rates in effect on the date such services are rendered and such expenses are incurred.

13.     Lowenstein Sandler's hourly rates are as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners | $650 - $1,495 |
| Of Counsel | $705 - $1,145 |
| Senior Counsel and Counsel (generally seven or more years of experience) | $495 - $850 |
| Associates (generally fewer than six years of experience) | $405 - $750 |
| Staff Attorneys | $250 - $560 |
| Paralegals, Practice Support and Assistants | $220 - $385 |

14.     The hourly charges set forth above are based upon the experience and expertise of the attorney or legal assistant involved. The hourly rates of the attorneys that will be primarily responsible for Lowenstein's representation of the Committee in this case range from $595.00 to $1,250.00. The hourly rates are subject to periodic adjustments, which occur annually on or about January 1, to reflect economic and other conditions.  Lowenstein Sandler will advise the Committee, the Debtors, and the United States Trustee of any increases in its hourly rates.

15.     Lowenstein Sandler will maintain detailed and contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above.  It is Lowenstein Sandler's policy to charge its clients in all areas of practice for all disbursements and expenses incurred in the rendition of services.  These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying,

travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings (including transcripts).[2]

16.     The Committee understands that any compensation and expenses paid to Lowenstein Sandler must be approved by the Court upon application consistent with the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, the Local Rules, the U.S. Trustee Guidelines, and any orders of the Court respecting compensation of professionals.

17.     To the best of the Committee's knowledge, while Lowenstein Sandler does represent certain creditors of the Debtors on wholly unrelated matters, it does not represent any entity having an adverse interest in connection with the Chapter 11 Cases, is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and does not represent or hold any interest adverse to the interests of the Debtors' estates with respect to the matters for which it is to be employed.

18.     By separate application, the Committee is also seeking approval to employ Potter Anderson to serve as its Delaware counsel, and FTI Consulting to serve as the Committee's financial advisor in these Chapter 11 Cases.

19.     The Committee believes that if this Court approves the employment of Lowenstein Sandler and Potter Anderson, these firms will allocate their delivery of services to the Committee so as to avoid any unnecessary duplication of services.  Moreover, the Committee believes that the efficient allocation of responsibility for legal matters in these Chapter 11 Cases between Lowenstein Sandler and Potter Anderson will reduce the cost of monitoring these proceedings, as well as the time and expense associated with travel by Lowenstein Sandler with

---

[2] Lowenstein Sandler may hire temporary and/or contract attorneys who may perform services in connection with these Chapter 11 Cases.  Lowenstein Sandler submits that payments made to temporary/contract attorneys do not constitute a division or sharing of compensation that is prohibited by statute and makes this voluntary disclosure in an abundance of caution.  Lowenstein Sandler will not charge a markup to the Committee with respect to fees billed by such attorneys and they will be recorded as an expense on Lowenstein Sandler's invoices.

respect to matters that can be handled by Delaware counsel to the extent any travel is required under the current circumstances. It is the carefully considered view of the Committee that, considering the size and complexity of these cases and the various interests involved, representation of the Committee by Lowenstein Sandler and Potter Anderson is necessary and in the best interests of the Committee.

20.    The Committee is seeking to retain Lowenstein Sandler as of February 9, 2021. Such relief is warranted by the exigent circumstances presented by these Chapter 11 Cases. The Third Circuit has identified "time pressure to begin service" and absence of prejudice as factors favoring *nunc pro tunc* retention. *See Matter of Arkansas Co.*, 798 F.2d 645, 650 (3d Cir. 1986). Lowenstein Sandler was required to focus immediate attention on time-sensitive matters and promptly devote substantial resources to the representation of the Committee upon its selection and pending submission and approval of this Application.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

21.    In accordance with the U.S. Trustee Guidelines, Lowenstein Sandler shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Lowenstein Sandler also intends to make every effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and the interim and final applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.[3] The Committee

---

[3] By their terms, the U.S. Trustee Guidelines "apply to the USTP's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as an update to the original Guidelines (the "Appendix A Guidelines") adopted by the EOUST in 1996. The Appendix A Guidelines have been a part of this Court's local procedures for years. In other chapter 11 cases where it has been retained, Lowenstein Sandler has filed its fee applications in compliance with the Appendix A Guidelines. Among other things, the U.S. Trustee Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in

understands that the Debtors will fund into a segregated account[4] an amount for professionals' fees of the Committee, with the amount so funded will be no less than the amount set forth in the DIP budget.  The Committee is in the process of preparing and filing an objection to the entry of a Final DIP Order and reserves all rights in connection thereto, including the current DIP budget and the amount of the segregated account.

22.     As set forth in the Etkin Declaration, the following is provided in response to the request for additional information contained in paragraph D.1. of the U.S. Trustee Guidelines:

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No, Lowenstein Sandler has not agreed to any variation from its customary billing arrangements.

**Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: Lowenstein Sandler's professionals included in this engagement have not varied their rate based on the geographic location of these Chapter 11 Cases.

**Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition period.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response: Lowenstein Sandler did not represent the Committee prior to the Petition Date.

**Question:** Has your client approved your prospective budget and staffing plan and, if so, for what budget period?

---

connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code.  As the U.S. Trustee Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority".

[4] The account shall be maintained at a bank on the list of authorized depositories maintained by the Office of the United States Trustee for the District of Delaware.

Response:        Lowenstein Sandler expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Lowenstein Sandler reserves all rights. The Committee has approved Lowenstein Sandler's proposed hourly billing rates.

23.     Lowenstein Sandler has advised the Committee that it intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines both in connection with this Application and the interim and final fee applications to be filed by Lowenstein Sandler in the course of its engagement.   The Committee understands it is Lowenstein Sandler's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the EOUST to adopt the U.S. Trustee Guidelines; however, in doing so, Lowenstein Sandler reserves all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines in respect of any application for employment or compensation in these Chapter 11 Cases that falls within the ambit of the U.S. Trustee Guidelines.

## **NOTICE**

24.     Notice of this Application will be provided to: (i) the Office of the United States Trustee; (ii) the Internal Revenue Service; (iii) the Securities and Exchange Commission; (iv) the Delaware Secretary of State; (v) the Delaware Secretary of the Treasury; (vi) the Debtors' thirty (30) largest unsecured creditors; (vii) counsel to the DIP Lender and Prepetition Lender; (viii) counsel to the Debtors; and (ix) all parties requesting notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Committee submits that no other or further notice is necessary.  No previous application for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Committee respectfully requests that this Court enter an Order, substantially in the form attached hereto as **Exhibit A**, authorizing the Committee to retain and

employ Lowenstein Sandler as counsel to the Committee, effective as of February 9, 2021, and

grant the Committee such other and further relief as the Court deems just or proper.

Dated: February 23, 2021

Respectfully submitted,

**The Official Committee of Unsecured Creditors of Knotel, Inc.,** *et al.*

By:/s/ *Mona C Heffernan*

Mona Heffernan of One Workplace L Ferrari, LLC, solely in her capacity as the Co-Chairperson of the Official Committee of Unsecured Creditors and not in her personal capacity

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: March 18, 2021 at 2:00 p.m. (ET)**<br>**Objection Deadline: March 9, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE
EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
EFFECTIVE AS OF FEBRUARY 9, 2021**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of February 9, 2021* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **March 9,**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

**2021 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the undersigned proposed attorneys for the Committee.

        **PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **March 18, 2021 at 2:00 p.m. (ET)**.

        **IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 23, 2021           Respectfully submitted,
      Wilmington, Delaware

                        */s/ D. Ryan Slaugh*
                        Christopher M. Samis (No. 4909)
                        L. Katherine Good (No. 5101)
                        D. Ryan Slaugh (No. 6325)
                        Joseph D. Farris, III (No. 6657)
                        **POTTER ANDERSON & CORROON LLP**
                        1313 N. Market Street, 6th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 984-6000
                        Facsimile:  (302) 658-1192
                        Email:    csamis@potteranderson.com
                                    kgood@potteranderson.com
                                    rslaugh@potteranderson.com
                                    jfarris@potteranderson.com

                        -and-

                        Michael S. Etkin, Esq.
                        Bruce D. Buechler, Esq.
                        Erica G. Mannix, Esq.
                        Colleen M. Maker, Esq.
                        **LOWENSTEIN SANDLER LLP**

One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
Email:    metkin@lowenstein.com
          bbuechler@lowenstein.com
          emannix@lowenstein.com
          cmaker@lowenstein.com

-and-

Wojciech F. Jung, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile:  (212) 262-7402
Email:    wjung@lowenstein.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KNOTEL, INC., *et al.*,[1] | Case No.: 21-10146 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, EFFECTIVE AS OF
<u>EFFECTIVE AS OF FEBRUARY 9, 2021</u>**

Upon consideration of the application (the "<u>Application</u>")[2] of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors (the "<u>Debtors</u>") for authorization to employ and retain Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") to serve as counsel for the Committee, effective as of February 9, 2021; and upon consideration of the Declaration of Michael S. Etkin in support of the Application; and the Declaration of Committee Co-Chairperson in support of the Application; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of these Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.courts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

forth in the Application and that such notice is adequate and no other or further notice need be given; and the Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that Lowenstein Sandler does not hold or represent an interest adverse to the Debtors' estates, and is a disinterested person under section 101(14) of the Bankruptcy Code; and the Court having found that the employment and retention of Lowenstein Sandler is necessary and in the best interest of the Committee; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1.      The Application is granted as set forth herein.

2.      Pursuant to sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules, the Committee is authorized and empowered to employ and retain Lowenstein Sandler LLP, effective as of February 9, 2021, to serve as its counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall apply for and be compensated for professional services rendered and reimbursement of expenses in connection with the Chapter 11 Cases in compliance with sections 328, 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, any applicable orders entered by this Court in respect of compensation of professionals and any case-specific fee protocols approved by the Court, after notice and a hearing pursuant to any other applicable procedures and orders of the Court.

1.      The Debtors shall fund into a segregated account[3] an amount for professionals' fees of the Committee and the amount so funded shall in no event be less than the amount set forth in the DIP budget filed in connection with the Final DIP Order.

---

[3] The account shall be maintained at a bank on the list of authorized depositories maintained by the Office of the United States Trustee for the District of Delaware.

4.      Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by attorneys in larger chapter 11 cases effective as of November 1, 2013 (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

5.      Lowenstein Sandler shall provide ten days' notice to the Debtors, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application  or any agreement entered into in connection with the Committee's retention of Lowenstein Sandler are implemented and shall file such notice with the Court, *provided*, *however*, that in the event that the Lowenstein Sandler attorneys responsible for this matter do not have sufficient advance notice of such rate increases, Lowenstein Sandler shall provide notice to the Debtors, the U.S. Trustee, and the Committee as soon as practicable after the information regarding rate increases becomes available to the Lowenstein  Sandler attorneys responsible for this matter.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of implementation of this Order.

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | Chapter 11 |
| KNOTEL, INC., *et al.*,[1] | Case No.: 21-10146 (MFW) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF FEBRUARY 9, 2021

Michael S. Etkin hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner of the law firm of Lowenstein Sandler LLP ("Lowenstein Sandler"), which maintains offices in New York, New Jersey, California, Utah, and Washington, D.C. I am an attorney at law, duly admitted and a member in good standing of the bars of the States of New York and New Jersey. I am admitted to this Court in these Chapter 11 Cases *pro hac vice*.

2.      This Declaration is submitted in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (colletively, the "Debtors") for entry of an order authorizing and approving the Committee's employment and retention of Lowenstein Sandler as lead counsel to the Committee, effective as of February 9, 20201

3.      The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.courts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

(a)     advising the Committee with respect to its rights, duties, and powers in these Chapter 11 Cases;

(b)     assisting and advising the Committee in its consultations with the Debtors relative to the administration of these Chapter 11 Cases;

(c)     assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and in negotiating with holders of claims and equity interests;

(d)     assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and of the operation of the Debtors' business;

(e)     assisting the Committee in analyzing (i) the Debtors' pre-petition financing, (ii) proposed use of cash collateral, and (iii) the Debtors' proposed debtor-in-possession financing ("DIP Financing"), the terms and conditions of the proposed DIP Financing and the adequacy of the proposed DIP Financing budget;

(f)     assisting the Committee in its investigation of the liens and claims of the holders of the Debtors' pre-petition debt and the prosecution of any claims or causes of action revealed by such investigation;

(g)     assisting the Committee in its analysis of, and negotiations with, the Debtors or any third party concerning matters related to, among other things, the assumption or rejection of certain leases of nonresidential real property and executory contracts, asset dispositions, sale of assets, financing of other transactions and the terms of one or more plans of reorganization for the Debtors and accompanying disclosure statements and related plan documents;

(h)     assisting and advising the Committee as to its communications to unsecured creditors regarding significant matters in these Chapter 11 Cases;

(i)     representing the Committee at hearings and other proceedings;

(j)     reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety;

(k)     assisting the Committee in preparing pleadings and applications as may be necessary in furtherance of the Committee's interests and objectives in these Chapter 11 Cases, including without limitation, the preparation of retention papers and fee applications for the Committee's professionals, including Lowenstein Sandler;

(l) preparing, on behalf of the Committee, any pleadings, including without limitation, motions, memoranda, complaints, adversary complaints, objections, or comments in connection with any of the foregoing; and

(m) performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

4.     As of the date of this Declaration, Lowenstein Sandler has not received a retainer or compensation in connection with its proposed representation of the Committee in these Chapter 11 Cases.

5.     Subject to the Court's approval, and pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and any procedures which this Court may fix, Lowenstein Sandler shall seek compensation on an hourly basis, plus reimbursement of its actual and necessary expenses incurred, in connection with representing the Committee in these Chapter 11 Cases. Lowenstein Sandler's compensation shall be in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

6.     Lowenstein Sandler's hourly rates are as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Partners | $650 - $1,495 |
| Of Counsel | $705 - $1,145 |
| Senior Counsel and Counsel (generally seven or more years of experience) | $495 - $850 |
| Associates (generally fewer than six years of experience) | $405 - $750 |
| Staff Attorneys | $250 - $560 |
| Paralegals, Practice Support and Assistants | $220 - $385 |

7.     The hourly charges for the attorneys and legal assistants who will render services to the Committee are based upon the experience and expertise of the attorney or legal assistant involved. The hourly rates set forth above are subject to periodic adjustments, which occur

annually on or about January 1 each year, to reflect economic and other conditions. Lowenstein Sandler will advise the Debtors, the Committee and the United States Trustee for the District of Delaware (the "U.S. Trustee") of any increases in its hourly rates. Pursuant to Local Bankruptcy Rule 2014-1, Lowenstein Sandler will file and serve a supplemental declaration setting forth any additional material information relating to its employment promptly after learning of any such material information.

8.      Lowenstein Sandler will maintain detailed, contemporaneous records of time and any necessary costs and expenses incurred in connection with rendering the legal services described above. It is Lowenstein Sandler's policy to charge its clients in all areas of practice for all disbursements and expenses incurred in the rendition of services. These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings (including transcripts).[3]

9.      In connection with its proposed retention by the Committee in these Chapter 11 Cases, Lowenstein Sandler undertook to determine whether it had any contacts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates and the interests of the Committee with respect to the matters on which it will be engaged.

10.     Lowenstein Sandler obtained the names of individuals and entities that may be parties in interest in these Chapter 11 Cases and such parties are listed on **Schedule 1** attached hereto (the "Potential Party List"). Lowenstein Sandler has searched its electronic database for its connections to the entities listed on the Potential Party List.

---

[3] Lowenstein Sandler may hire temporary and/or contract attorneys who may perform services in connection with these Chapter 11 Cases. Lowenstein Sandler submits that payments made to temporary/contract attorneys do not constitute a division or sharing of compensation that is prohibited by statute and makes this voluntary disclosure in an abundance of caution. Lowenstein Sandler will not charge a markup to the Committee with respect to fees billed by such attorneys and they will be recorded as an expense on Lowenstein Sandler's invoices.

11. Attached hereto as **Schedule 2** is a list of parties who appear on the Potential Party List that Lowenstein Sandler may currently represent or may have represented in the past on matters wholly unrelated to these Chapter 11 Cases.

12. Except as disclosed herein or on Schedule 2 attached hereto, neither I, Lowenstein Sandler, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware.

13. Approximately two (2) years prior to the Petiton Date, Lowenstein Sandler represented Knotel, Inc. in certain descrete matters, related to leases and/or subleases involving the following New York City locations: 61 Broadway; 495 Broadway; 1500 Broadway; and 116 West 32nd Street. This representation began no earlier than October, 2018 and concluded no later than July, 2019.

14. In addition, while prior to the Petition Date Lowenstein Sandler represented Vistar Media, CIM Group, L.P. goodapple and View the Space in certain discrete matters related to the Debtors, Lowenstein Sandler no longer represents them in connection with these Chapter 11 Cases and did not appear on their behalf in these Chapter 11 Cases.

15. To the best of my knowledge, none of the entities from the Potential Party List that appear on Schedule 2 or that have been otherwise disclosed herein, have generated revenue for Lowenstein Sandler in an amount of one percent (1%) or more of Lowenstein Sandler's gross revenue in calendar years 2018, 2019, or 2020.

16. Lowenstein Sandler does not represent the Debtors, or any of the Debtors' current officers and directors, identified on the Potential Party List (as identified on Schedule 1).

17. To the best of my knowledge, after diligent inquiry, Lowenstein Sandler is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as Lowenstein Sandler, its partners, counsel, and associates: (a) are not creditors, equity security

holders, or insiders of the Debtors; (b) are not and were not, within two (2) years before the date of the filing of these Chapter 11 Cases, a director, officer, or employee of the Debtors; and (c) do not represent or hold an interest adverse to the interests of the estates with respect to the matters in which Lowenstein Sandler is proposed to be employed.

18.    Lowenstein Sandler, which employs approximately 350 attorneys, has a large and diversified legal practice that encompasses the representation of, and representations adverse to many entities and individuals, some of which are or may consider themselves to be creditors or parties in interest in the Chapter 11 Cases, or otherwise to have interests in these cases.

19.    In addition, Lowenstein Sandler likely represents, and may in the future represent, creditors of the Debtors who have not yet been disclosed by the Debtors in matters unrelated to the Debtors, or these Chapter 11 Cases.

20.    Lowenstein Sandler, from time to time, may work with, represent, engage, and receive referrals from the attorneys and financial advisors or consultants retained by the Debtors, the various lenders, the Committee or creditors of the Debtors. Lowenstein Sandler currently works with, and has in the past worked with the professionals engaged by the Debtors and the other professionals retained by the Committee on matters unrelated to the Debtors and these Chapter 11 Cases.

21.    Lowenstein Sandler will not represent any entity other than the Committee in matters related to these Chapter 11 Cases.

22.    No promises have been received by Lowenstein Sandler or any member, counsel, or associate thereof as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Lowenstein Sandler does not have an agreement with any other entity to share any compensation received by Lowenstein Sandler in connection with these Chapter 11 Cases.

23.    The foregoing constitutes the statement of Lowenstein Sandler pursuant to Bankruptcy Rule 2014.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

24.     As this Court is aware, the Executive Office for United States Trustees ("EOUST") recently adopted the new *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines"). By their terms, the Appendix B Guidelines "apply to the USTP's review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intended as an update to the original Guidelines (the "Appendix A Guidelines") adopted by the EOUST in 1996. The Appendix A Guidelines have been a part of this Court's local procedures for years. In other chapter 11 cases where it has been retained, Lowenstein Sandler has filed its fee applications in compliance with the Appendix A Guidelines.

25.     Among other things, the Appendix B Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant new disclosures in connection with their retention under section 327 and compensation under section 330 of the Bankruptcy Code. As the Appendix B Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority," and it remains to be seen how the Appendix B Guidelines will be incorporated into larger chapter 11 cases.

26.     Lowenstein Sandler intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Appendix B Guidelines both in connection with this Application and the interim and final fee applications to be filed by Lowenstein Sandler in the course of its engagement. It is Lowenstein Sandler's intention to work cooperatively with the U.S. Trustee to address the concerns that prompted the EOUST to adopt the Appendix B Guidelines; however, in doing so, Lowenstein Sandler reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in respect of any application for employment or compensation in these cases that falls within the ambit of the Appendix B Guidelines.

## **ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES**

27.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Appendix B Guidelines.

Question:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

Question:     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:     No.

Question:     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Response:     Lowenstein Sandler did not represent the Committee prior to the Petition Date.

Question:     Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response:     Lowenstein Sandler expects to develop a budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Lowenstein Sandler reserves all rights. The Committee has approved Lowenstein Sandler's proposed hourly billing rates. I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

Dated: February 23, 2021                              */s/ Michael S. Etkin*
                                                      Michael S. Etkin, Esq.

-8-

## **SCHEDULE 1**

## **LIST OF INTERESTED PARTIES**

### **Potential Parties in Interest**

I.   Overview of Categories

Company Side Contacts

1. Debtors
2. Debtors' Trade Names and Aliases
3. Affiliates and Subsidiaries
4. Current Officers and Directors
5. Affiliates of Current Officers and Directors
6. Former Officers and Directors
7. Debtors' Professionals
8. Debtors' Ordinary Course Professionals

Business and Investor Contacts

9. Secured Creditors
10. Bondholders/Noteholders
11. Agents and Indenture Trustees
12. Other Lenders
13. Other Secured Parties
14. Bank Relationships/Accounts (not including Secured Lenders)
15. Top 30 Unsecured Creditors
16. Lessors
17. Property Managers
18. Customers
19. Real Estate Brokers
20. Significant Contract Counterparties
21. Insurance/Insurance Provider/Surety Bonds
22. Litigation Counterparties/Pending Lawsuits
23. Regulatory and Government
24. Significant Shareholders (more than 5% of equity)
25. Taxing Authorities
26. UCC Search Results
27. Utility Providers
28. Significant Vendors/Suppliers
29. Other Significant Parties in Interest

Other Contacts

30. United States Trustee Office for the District of Delaware (and Key Staff Members)
31. United States Bankruptcy Judges in the District of Delaware
32. Clerk of Court and Deputy for the United States Bankruptcy Court in the District of Delaware

II.   Interested Parties by Category

**Company Side Contacts**

**Debtors**

100 Bush St SF LLC
101 Fifth Ave NYC LLC
101 Montgomery St SF LLC
10301 Jefferson Blvd LA LLC
110 W 32nd NYC LLC
1100 Glendon LA LLC
1120 20th St DC LLC (fka 5930 W
Jefferson LA LLC)
116 W 32nd NYC LLC
12 E 33 St NYC LLC
12121 Bluff Creek LA LLC
12211 Washington LA LLC
125 Fifth Ave NYC LLC
1250 Eye St DC LLC
12555 West Jefferson Way LA LLC
126 Post St SF LLC
129 W 29th NYC LLC
131 Rodeo 102 LA LLC
131 Rodeo 250 LA LLC
13160 Mindanao Way LA LLC
1317 5th St LA LLC
1330 Conn Ave DC LLC
1407 Broadway NYC LLC
142 Berkeley St BOS LLC
1444 Market St SF LLC
146 Geary St SF LLC
152 W 25 NYC LLC
1550 Bryant St SF LLC
1556 20th LA LLC
16 W 36 St NYC LLC
1625 Oly Blvd LA LLC (fka 1625
Olympic LA LLC)
1640 Sepulveda LA LLC
166 Geary St SF LLC
1720 Eye St DC LLC
1725 Montgomery St SF LLC
19 W 44th NYC LLC
195 Broadway NYC LLC
2 Liberty Sq BOS LLC
22 W 21 ST NYC LLC
2228 Cottner LA LLC
23 W 20th NYC LLC
239 Causeway St Boston LLC

240 W 35th NYC LLC
240 W 40 St NYC LLC
250 Montgomery St LLC
259 W 30TH NYC LLC
26 W 17th St NYC LLC
260 W 39th NYC LLC
275 Battery St SF LLC
28 W 25 NYC LLC
29 W 35th St NYC LLC
295 Madison NYC LLC
30 W 21 St NYC LLC
300 Broadway St SF LLC
300 Montgomery St SF LLC
301 Brannan St SF LLC
303 Second St SF LLC
3137 S La Cienega Blvd LA LLC
320 Lincoln LA LLC
3309 La Cienega Place LA LLC
333 Broadway SF Tenant LLC
350 Sansome St SF LLC
3535 Hayden Ave LA LLC
360 Madison NYC LLC
369 Lexington Ave NYC LLC
390 Broadway NYC LLC
40 Broad St BOS LLC
400 Sutter St SF LLC
405 E 4th Avenue SM LLC
405 Howard Street SF LLC
429 Santa Monica Blvd LA LLC
42Floors, LLC (fka Achilles
Acquisition Sub II, LLC) (fka
42Floors Inc.)
44 E 32nd Street NYC LLC
44 Thomson Pl BOS LLC
447 Broadway NYC LLC
45 W 45 ST NYC LLC
4501 Glencoe Blvd LA LLC
455 Market St SF LLC
456 Montgomery St SF LLC
465 California St SF LLC
5 Bryant Park NYC LLC
50 Osgood Pl SF LLC
505 Howard SF St LLC
545 5th Ave NYC LLC
555 Montgomery St SF LLC
565 Commercial St SF LLC

580 8th Ave NYC LLC
590 Fifth Ave NYC LLC
597 Fifth Ave NYC LLC
6 W 28th NYC LLC
60 Madison NYC LLC
600 Corporate Pointe LA LLC
649 Mission St SF LLC
650 Fifth Ave NYC LLC
71 Stevenson St SF LLC
750 HARRISON ST SF LLC
818 Mission St SF LLC
8590 National Blvd LA LLC
8690 National Blvd LA LLC
875 6th Ave NYC LLC
88 Kearny St SF LLC
901 Market St SF LLC
909 E Street DC LLC
909 Ocean Front Walk LA LLC
91 Fifth Ave NYC LLC
Bush 225 SF LLC
Cortlandt White NYC LLC (fka 80
White Street NYC LLC)
Kkoin, LLC
Knotel 1 Whitehall LLC
Knotel 102 Madison LLC
Knotel 105 Madison LLC
Knotel 109 Stevenson LLC
Knotel 11 E 44th LLC
Knotel 110 Greene LLC
Knotel 110 William LLC
Knotel 114 W 26th LLC
Knotel 12 W 21st St LLC
Knotel 12 W 27th St LLC
Knotel 121 2nd Street LLC
Knotel 147 W 24th LLC
Knotel 148 Lafayette LLC
Knotel 150 Post LLC
Knotel 1500 Broadway LLC
Knotel 155 Fifth Ave LLC
Knotel 156 Fifth, LLC
Knotel 16 W 22nd LLC
Knotel 160 Pine LLC
Knotel 17 W 20th LLC
Knotel 180 Howard LLC
Knotel 200 W 41st LLC
Knotel 2080 Addison LLC

Knotel 211 East 43 LLC
Knotel 213 W 35th St LLC
Knotel 220 W 19th St LLC
Knotel 221 Pine LLC
Knotel 224 W 30th LLC
Knotel 229 W 43 LLC
Knotel 25 W 45th LLC
Knotel 250 Hudson LLC
Knotel 250 Hudson ST LLC
Knotel 26 OFarrell LLC
Knotel 26 W 17 LLC
Knotel 261 Madison LLC
Knotel 27 W 23rd ST LLC
Knotel 29 W 17th LLC
Knotel 3 E 28th LLC
Knotel 30 Broad LLC
Knotel 30 West 26th LLC
Knotel 307 Fifth LLC
Knotel 31 W 27th LLC
Knotel 321 11th LLC
Knotel 340 Brannan LLC
Knotel 36 W 14th LLC
Knotel 360 Pas LLC
Knotel 37 W 17th LLC
Knotel 373 Pas LLC
Knotel 38 E 29th LLC
Knotel 399 Lafayette LLC
Knotel 40 EX LLC
Knotel 40 Wooster LLC
Knotel 400 Madison LLC
Knotel 41 USW LLC
Knotel 41 W 25 LLC
Knotel 417 Montgomery LLC
Knotel 419 PAS LLC
Knotel 43 W 24th LLC
Knotel 443 PAS LLC
Knotel 475 Park LLC
Knotel 49 Drumm LLC
Knotel 5 Hanover LLC
Knotel 521 Broadway LLC
Knotel 530 Broadway LLC
Knotel 530 Seventh Avenue LLC
Knotel 54 W 21st LLC
Knotel 54 W 22nd LLC
Knotel 55 W 21St LLC
Knotel 550 Montgomery LLC

Knotel 551 Fifth Ave LLC
Knotel 560 LEXINGTON LLC
Knotel 575 8th Ave LLC
Knotel 580 5th Ave LLC (fka 580
Fifth Ave NYC LLC)
Knotel 580 Market LLC
Knotel 584 Broadway LLC
Knotel 5-9 USW LLC
Knotel 598 Broadway LLC
Knotel 6 W 48th St LLC
Knotel 600 Townsend LLC
Knotel 61 Broadway LLC (fka Knotel
330 Hudson LLC)
Knotel 611 Mission LLC
Knotel 615 Sacramento LLC
Knotel 625 2nd LLC (fka 625 Second
St SF LLC)
Knotel 655 Madison LLC
Knotel 695 AOA LLC
Knotel 701 Sutter LLC
Knotel 72 Madison LLC
Knotel 785 Market LLC
Knotel 80 Eighth Ave LLC
Knotel 814 Mission LLC
Knotel 88 Stevenson LLC
Knotel 90 John LLC
Knotel 900 Broadway LLC
Knotel 972 Mission LLC
Knotel Battery LLC
Knotel Blockchain Services LLC (fka
Baya, LLC)
Knotel Flowerpot LLC
Knotel Geometry LLC
Knotel Platform 2017 LLC
Knotel President LLC
Knotel Properties LLC
Knotel Varick LLC
Knotel William LLC
Knotel, Inc.
Paces Ferry Road ATL LLC
Pine Street Tenant NY LLC
Tenant 660 Mkt St SF LLC (fka 660
Market St LLC)

**Debtors' Trade Names and Aliases**
Knotel

**Affiliates and Subsidiaries**
1 Computer Ldn Ltd
1 Flaxseed Ldn Ltd
1 Sawmill Ldn Ltd
10 Flora Ldn Ltd
100 Wasp Ldn Ltd
110 Hero Helipad Ldn Ltd
1206005 B.C. Ltd
130 Jigsaw Ldn Ltd
15 Halfpenny Ldn Ltd
16 Oak Ballot Ldn Ltd
18 Flashlight Ldn Ltd
189 Schoolhouse Ldn Ltd
20 Farmhouse Ldn Ltd
20 Grasshopper Ldn Ltd
200 Tablemate Ldn Ltd
21 Candlewick Ldn Ltd
28 Kayak Ldn Ltd
33 Camcorder Ldn Ltd
37 Nightwatch Ldn Ltd
45 Evoke Ldn Ltd
33 Stem Ldn Ltd
49 Sandstone Bobcat Ldn Ltd
5 Meadow Ldn Ltd
55 Backgammon Ldn Ltd
8 Spaceflight Ldn Ltd
80 Oak Ldn Ltd
85 Graph Elevate Ldn Ltd
Knotel 101 New Cavendish Ltd
Knotel 1-2 Berners Ltd
Knotel 247 Tottenham Court Ltd
Knotel 27 Baker Ltd
Knotel 300 St John Ltd
Knotel 7 Soho Square Ltd
Knotel 8 Kean Ltd
Knotel 87-91 Newman Ltd
Knotel Ahoy! Berlin GmbH
Knotel Amsterdam I B.V.
Knotel Berlin I GmbH
Knotel Berlin II GmbH
Knotel Brasil Servicos de Escritorio
LTDA
Knotel Canada, Inc.
Knotel Dublin I Limited
Knotel Germany GmbH

Knotel Ireland Limited
Knotel Japan Kabushiki Kaisha
Knotel Johnson 3 Ltd
Knotel Johnson 4 Ltd
Knotel Moray House Ltd
Knotel Netherlands B.V.
Knotel Office Services India Private
Limited
Knotel UK Ltd.
Knotel Waverley House Ltd
Knotel Whitfield Ltd
Space Management SAS

## Current Officers and Directors

Directors:
Amol Sarva
Edward Shenderovich
Jeff Crowe
Linda Fayne Levinson
Nodari Kezua
Par Jorgen Parson
Pratik Patel

Officers:
Amit Khanna
Amol Sarva
Edward Shenderovich
Eugene Lee
Jason Freedman
John Jureller
Jonathan Goldberg

## Affiliates of Current Officers and Directors

Amit Khanna
Amol Sarva
Edward Shenderovich
Essential Capital Shared Spaces III,
LLC
Essential Capital Shared Spaces IV,
LLC
Essential Capital Shared Spaces LLC
Essential Capital Shares Spaces II,
LLC
Essential Media Group, LLC
Jeff Crowe

Nodari Kezua
Northzone Management IX Limited
Norwest Venture Partners
Par Jorgen Parson
Paraag Sava
Peak State Limited
Pratik Patel
Sarva TXT
Wafra
W-Globe Holdings LLC

## Former Officers and Directors

Ann Beemish
David Jones
Kim Rogers
Trevor Clark

## Debtors' Professionals

Ernst & Young LLP
Fenwick & West LLP
Hilco Real Estate, LLC
Milbank LLP
Moelis & Company LLC
Morris, Nichols, Arsht & Tunnell LLP
Omni Agent Solutions

## Debtors' Ordinary Course Professionals

CSC – Delaware Registered Agent
Epstein Becker Green P.C.
Fisher Harris Shapiro, Inc. (Ins.
Brokers)
KPMG
Levato Law
O'Melveny & Myers LLP

## Business and Investor Contacts

## Secured Creditors

Digiatech, LLC

## Bondholders/Noteholders

2019 NPA Noteholders:
Challenger Universal Limited
Enevoria Ltd
Essential Capital Shared Spaces IV
LLC

Hiron Capital Ltd.
Suneight KN Investment Partnership
Suneight OK Investment Partnership

2020 NPA Noteholders:
A.O. Consulting Ltd
Bloomberg Beta 2016 L.P.
Challenger Universal Limited
Cocolalla, LLC
Dmitry Loshchinin
Essential Capital Shared Spaces III LLC
Essential Capital Shared Spaces IV LLC
F&J Labs Telenor Co-Invest III LP
F&W Investments LP - Series 2019
First Dolphin Limited
FJ Labs Entrepreneurs Fund 2020, a series of FJ Labs Funds, LP
FJ Labs LLC
Kristine Di Bacco
Lichota Ltd.
OC Companies LLC
PTC Trustees GY Limited, as Trustee of the GYF Trust
Ru-Net Enterprises Limited
The Sawyer Family Trust
Thomas H. Glocer
Unison Investments Ltd.
Welcott, Ltd.

**Agents and Indenture Trustees**
N/A

**Other Lenders**
JPMorgan Chase Bank, N.A.

**Other Secured Parties or Equipment Lessors**
Bevi
Data Sales Co.
De Lage Landen Financial Services
Hydration Labs, Inc.
New York Business Systems
Quench

**Banking Relationships/Accounts (not including Secured Lenders)**
Cantor Fitzgerald & Co.
JPMorgan Chase

**Top 30 Unsecured Creditors**
11 E 44th St, LLC
250 HUDSON STREET LLC
260-261 Madison Avenue LLC
29 W 35th Street LLC
30 Broad Street Venture, LLC
303 2nd Street SF LLC / Syapse Inc.
31 West 27th Street Property Investors IV. LLC
475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
505 Howard SF LLC
530 Broadway Owner LLC
598 Broadway Realty Assoc, Inc
6 West 48th LLC
Alliance Brokerage Corp
ASB Allegiance Real Estate Fund D/B/A 400 Madison Holdings, LLC
DP 1550 Bryant, LLC
Eden Technologies Inc.
Essence Global LLC
GODADDY MSH INC.
HRC Corporation
Hudson 625 Second LLC
Hudson 901 Market LLC
JLJ, LLC c/o Olmstead Properties Inc
Kidder Matthews of California, Inc.
Legacy 455 Market Street L.P.
Office Resources, Inc.
One Workplace L Ferrari LLC
RELX, Inc.
RXR 61 Broadway Owner LLC
SourceMedia

**Lessors**
11 E 44th St, LLC
110 Greene Fee Owner LP
110 William Street Property Investors II, LLC
115 West 30th Street LLC
12 E 33 ST NYC LLC

12 West 21st Street Associates LLC
12 West 27th Street Associates LLC
121 King Street West Ltd.
126 Post LLC
1407 Broadway LLC
147 West 24th Owner LLC
15 Toronto Holdings
156 Fifth Avenue Corp
195 Broadway Property LLC
209 North 8th Street LLC
2095891 Ontario Inc.
213 W. 35th Street Associates
22 West 21st LLC
220 KSW Inc.
225 Bush Street Owners LLC
240 W 40 LLC
240W35, LLC
250 HUDSON STREET LLC
26 O'FARRELL LLC
260-261 Madison Avenue LLC
29 W 17th Owner LLC
29 W 35th Street LLC
30 Broad Street Venture LLC
30 Cooper Square, LLC
300 Montgomery Associates LP
307 Fifth Avenue, LLC
31 West 27th Street Property Investors
IV, LLC
319 11th Street LLC
333 Broadway SF Owner, LLC
369 Lex Manager Corp
369 Lexington Borrower II, LLC
369 Lexington Borrower, LLC
373-381 PAS Associates, LLC
37-39 West 17th Street
373-Park Avenue South
3VR Security, Inc.
40 Wooster Restoration LLC
40 X Owner LLC
400 Madison Holdings, LLC
400 Sutter St SF LLC
4324 Company c/o Olmstead
Properties Inc
443 Company
443 Park Avenue South, LLC
45W45 Strategic Venture LLC

475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
505 Howard SF LLC
521 Broadway Management LLC
530 Broadway Owner LLC
53-55 W 21st Owner LLC
535-545 Fee LLC
54 West 22nd Owner LLC
551 Fifth Avenue (Denihan DHG)
560 Lexco L.P.
584 Broadway LLC
597 Fifth Avenue LLC
597 Scribner, LLC
598 Broadway Realty Associates, Inc
6 West 48th LLC
785 Market Street LLC
90 John Mazal LLC
91 Fifth Avenue Corp.
972 Mission Street LLC
989 Sixth Realty LLC
A&R Real Estate Inc.
AFIAA 45 West 45th Street, LLC
Allerton Ave. Associates, LLC, 38th
Street Owners, LLC, and DK 38th
Street LLC
Anejo Holdings, LLC
ARC NYC123 William, LLC
ARC NYC570SEVENTH, LLC (200
W 41st)
Argo Real Estate LLC
Artistic Ribbon and Novelty C Inc.
Atlas Property Group
Beverly Boston Limited Partnership
Bonafide Estates, Inc.
Bond Street Levy LLC
Brause Realty Inc (41 USW)
Britphil & Co (US) Ltd
BSD Michael 101 LLC
Capurro Properties LLC
CCT Helms LLC
CF 1 Whitehall LLC
CF Santa Monica Office III LP
Charles Dunn Real Estate Services,
Inc.
Collective Returns, Inc. DBA Stash
Invest

Colton Commercial & Partners
Compliance Science, Inc.
Converse Inc.
CP/IPERS Alchemy 43rd St. Owner
Crescent Capital Trust
Crespoint Real Estate (215 Spadina) Inc.
Cruise LLC
Daily Burn, Inc.
Daniel J. Edelman, Inc.
Dean Colin Properties LLC & Jal Colin Properties LLC
DHG Management Company, LLC
DoorDash, Inc.
DP 1550 BRYANT, LLC
DP550, LLC
Earnest LLC
East 29 Associates LLC
Engine Group
Entrex Holdings L.P.
Essence Global LLC
FHF I Montgomery LLC
First Nationwide Title Agency
Flipboard, Inc.
Fisher Realty Corp
Flatiron 30 LLC
Fogarty & Klein, Inc.
Forty Seventh Fifth Company, LLC
G&S Realty 1, LLC
GC 555 Montgomery LLC
General Hardware Manufacturing Co., Inc.
General Leasing and Management Corp.
Genius Brands International
GoDaddy MSH, Inc.
Goldfarb & Fleece LLP
Grind, LLC
Hanover Estates LLC
Hartford Properties Co.
HH West 20th Street, LLC
HH West 20th Street, LLC & 196 Nevins LLC
HRC Corporation
Hudson 625 Second LLC
Hudson 901 Market LLC

Hudson Square Realty, LLC
Inventure Capital Corporation
Irving Realty of NY LLC
Jemal's Weschler's L.L.C.
JLJ, LLC
John Varvatos Enterprises, Inc.
JPPF 660 Market, L.P.
JTRE Holdings
JTRE Nomad 8 W 28th LLC
Kalber Developments Incorporated and Super Jewellers Inc.
KG Brannon, LLC
Kiamie Industries, Inc.
Kilroy Realty 303, LLC
LCPC Lafayette Property LLC
Legacy 455 Market Street L.P.
Linrose Property, LLC / 320 Lincoln Blvd LA LLC
M&M 38th Street DE, LLC // Dalan Management
Madison Sixty Owner LLC
Malwin Realty LLC
Marina Business Center, LLC
MB Hamptons LLC
MC USPF VI 150 Post (SF) Owner, LP
MCP II Thirty-Third Street, LLC & 33rd Street
MCP President ST, LLC
Merchants Advance, LLC
Merchants Exchange Building LLC
Michael Orbach Two Friends Realty, LLC
Michael OrbachWest 39-620 Realty, LLC
MIXPANEL, INC.
MOXIE PICTURES INC
MPlatform, LLC
Nazwin Associates, Inc.
Neustar, Inc.
Noam Corporation 125 Realty LLC
Okada Bros, Inc.
Old 875 LLC and New 875 LLC
Olive Center
Orc International, Inc.
Orient Overseas Associates

Pennbus Realties LLC. Olmstead Properties, Inc
Pitchbook Data, Inc.
PREF 580 Market, LLC
Quotidian Management LLC
Red Circle NY Corp.
Redcar Westside Jefferson, LLC
REEP-OFC Corporate Pointe CA, LLC
RELX, Inc.
Robert SavittG&S Realty 1, LLC
Rubicon Global Holdings, LLC
RXR 61 Broadway Owner LLC
SHARIM INC
Sierra Realty Corp
SJ Shamie Realty LLC
Skyline Pine Street Ownership Group c/o Skyline Pacific Properties, LLC
Smith Ketchum Trust
Source Media LLC
Square West LLC
SRI Eleven 1407 Broadway Operator LLC
State Bar of California
STS MEDIA INC. DBA FREEDOMPOP
Syapse Inc.
T3 Companies, LLC
Tahor 26 Owner LLC & 295 Madison Property Owner LLC
Teachers Insurance and Annuity Association of America
The Collection
The Fjeld Family Limited Partnership
The Joseph Rosen Foundation
The New School
Thor 5th Avenue, LLC
Toda America, Inc.
TREA Wilshire Rodeo, LLC
Trinity Real Estate
UNG 2 Realty, LLC
United Group LLC & American Equities LLC
Walden TR CAP LLC
Walter 419 Company LLC
Wesley Capital Group, LLC

West 39-260 Realty LLC
West Washington Investors, LP
Westfield 816-818 Mission ST LLC
Winter Equities Company LP
Winter Management Corp.
Y & H Realty Corp.

**Property Managers**
  N/A

**Customers**





- **Real Estate Brokers**
  Boston Realty
  CBRE, Inc.
  Colliers International NY LLC
  Cushman & Wakefield
  DHC Real Estate Services LLC
  Douglas Elliman Commercial LLC
  JLL
  Kidder Mathews of California, Inc.
  Newmark Knight Frank
  Newmark of Southern California Inc.
  Offices iQ
  Transwestern Commercial Services,
  LLC
  Vicus Partners LLC
  WorkPlace Solutions, LLC

**Significant Contract Counterparties**
  N/A

**Insurance/Insurance Provider/Surety Bonds/Underwriters**
  Argonaut
  Aspen American Insurance Company
  Automatic Data Proc Ins
  Endurance Assurance Corporation
  Farmington Casualty Company
  Fisher Harris Shapiro, Inc.
  RHINO
  Scottsdale Insurance Company
  Sompo American Insurance Company
  The Charter Oak Fire Insurance
  Company

Traveler's
Underwriters at Lloyds
XL Insurance Company

## Litigation Counterparties/Pending Lawsuits

101 Ash LLC
11 East 44th Street LLC
126 Post LLC
• 156 Fifth Avenue Corp
295 Madison Property Owner LLC
307 Fifth Avenue LLC
369 Lexington Borrower II LLC
369 Lexington Borrower LLC
40 Wooster Member LLC
419 Park Avenue South Associates LLC
• 475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
580 Avenue Realty Co. LLC
584 Broadway, LLC
6 West 48th LLC
• 785 Market Street, LLC
91 Fifth Avenue Corp.
972 Mission Street LLC
• Arc NYC123William LLC
• ARC NYC570SEVENTH, LLC
• Argonaut Insurance Company.
BSD 530 Broadway Propco LLC
Compliance Science, Inc.
Dean Colin Properties LLC
Doordash, Inc.
East 29th Associates, LLC
Eduardo Juarez
Entrex Holdings, LP
Essence Digital, Inc.
FHF 1 Montgomery LLC
Flatiron 30 LL
Globe Storage & Moving Co., Inc.
Hanover Estates LLC
Hartford Properties 41 LLC d/b/a Hartford Properties Co.
Hudson 625 Second, LLC
• Indentiv, Inc.
Jal Colin Properties
Juul Labs, Inc.

Kilroy Realty 303 LLC
M&M 38th Street DE, LLC
Malwin Realty LLC
Mixpanel, Inc.
Mordechai Ash 101 LLC
• Nazwin Associates, Inc.
Nelson Orellana
Neustar Inc
One Workplace L. Ferrari LLC
PREF 580 Market, LLC
Rubicon Technologies LLC
RXR 61 Broadway Owner LLC
SD Michael 101 LLC
Skillz, Inc.
Tahor 26 Owner LLC
Toda America Inc
Two Friends Realty LLC
Walber 419 Company LLC
West 39-260 Realty LLC
West Washington Investors, L.P.

## Regulatory and Government

California Secretary of State
Connecticut Secretary of the State
Delaware Secretary of State
Delaware Secretary of the Treasury
Florida Department of State
Illinois Secretary of State
Michigan Secretary of State
Mississippi Secretary of State
New York Secretary of State
North Carolina Secretary of State
Office of the United States Trustee
Securities and Exchange Commission
Texas Secretary of State
Vermont Secretary of State
Virginia Secretary of the Commonwealth

## Significant Shareholders (more than 5% of equity)

Essential Media Group + Essential Capital Shared Spaces Entities (Edward Shenderovich)

Newmark Investor I, LLC
Peak State Limited
PTC Trustees GY Limited, as Trustees
of the GYF Trust
Sarva TXT
TSE Knotel 88 LLC

## Taxing Authorities

California Department of Tax and Fee
Administration
California Franchise Tax Board
City of New York
City of San Francisco
Connecticut Department of Revenue
Services
Delaware Department of State,
Division of Corporations
Department of the Treasury, Internal
Revenue Service
District of Columbia Office of Tax
and Revenue
Florida Department of Revenue
Illinois Department of Revenue
Internal Revenue Service
Maryland Department of
Assessments and Taxation
Massachusetts Department of
Revenue
Michigan Department of Treasury
Mississippi Department of Revenue
New Hampshire Department of
Revenue Administration
New York Department of Taxation
and Finance
North Carolina
State of New Jersey Department of the
Treasury, Division of Taxation
Tennessee Department of Revenue
Texas Comptroller
Vermont Department of Taxes

## UCC Search Results

Digiatech, LLC
Trinity Capital Fund III, L.P.

TriplePoint Venture Growth BDC
Corp., as Collateral Agent
Western Alliance Bank
Western Alliance Bank, an Arizona
Corporation

## Utility Providers

Action Carting Environment Service,
Inc.
Allstream
Altice USA
AT&T Mobility
Beanfield Technologies
Bel Air Internet, LLC
Cablevision Lightpath, Inc.
City of Los Angeles, Department of
Water and Power
Cogent Communications, Inc.
Comcast
Consolidated Edison
Crown Castle International Corp.
Direct Energy Business
Filco Carting Corp.
Frontier Communications
GPB Waste, NY, LLC d/b/a Five Star
Carting
JER Electric Corp.
LA DPW
Level 3 Communications, LLC
(CenturyLink)
Lumen Technologies
Metropolitan Paper Recycling
Momentum Telecom
Monkey Brains
NYC Department of Environmental
Protection (DEP)
PG&E
Pilot Fiber
Professional Computer Support, Inc.
Rainbow Broadband, Inc
RCN Telecom Services, LLC
Recycle Track Systems, Inc.
Rogers Communications
Skywire Networks
Spectrum 475 Park Avenue Sqr
Spectrum 5 Union SQ

Spectrum 55 W 21st ST FL3
Spectrum Business
Spectrum Business California
Spectrum Enterprise
Spectrum Houston
Spectrum Madison 3FL 25 W 26th
Spectrum Madison 6FL
Spectrum Union 2 2FL
Spectrum Varick 137
Time Warner Cable of NYC
Verizon
Waste Connections, Inc.
Waterlogic USA Inc.
Webpass
Wiline Networks Inc.
Xchange Telecom, LLC
Zayo Group, LLC

**Significant Vendors/Suppliers**

9Y Media Group GmBH
Advanced City Electric Corp.
Advisors LLP
Aecore Inc. (X3 Builders)
AFD Contract Furniture Inc.
All Season Movers, Inc
ALLIANCE BROKERAGE CORP.
Allmodular Systems Inc.
Ambius
AMC Electrical Services, Inc.
Amex P-cards (CBCP)
Amex T&E (IBCP)
Archilogic AG
Architectural Flooring Resources Inc.
Archstone Builders LLC
AV Structural Inc.
Bianca Columbia/City Code
Construction
Bisnow LLC
Brex P-cards (CBCP)
CallisonRTKL Architects, PC
CallisonRTKL Inc.
CDW LLC
Colliers International NY LLC
Consolidated Edison
Data Sales Co.
DATA-TELE CONTRACTORS INC.

dba Pace Advertising
DHC Real Estate Services, LLC
Direct Energy Business
DK Construction One Corp.
DocuSign
Donnelly Mechanical Corp
Douglas Elliman Commercial LLC
Eden Technologies Inc.
Edward C. Don & Company
GCI, Inc.
Getty Images
Globe Storage & Moving Co, Inc.
Harvard Maintenance, Inc.
Henderson Engineers, Inc.
Highspot, Inc.
HNY Consulting Engineers, LLC
Ingram Yuzek Gainen Carroll &
Bertolotti, LLP
Instant Offices Holdings, Inc
Integrated Companies, Inc.
JDP Design Construction, Inc.
JLL
Jose Luis Cruz Jr.
Kenneth Park Architect PLLC
Kidder Mathews of California, Inc.
LeadIQ
LEGATO BUILDERS, LLC
LINKEDIN Corporation
Looker Data Sciences,Inc.
Matheson
Montroy DeMarco Architecture, LLP
Nationwide General Construction
Company
NECO Productions Inc.
NetSuite
New York Business Systems (NYBS)
Newmark Knight Frank
Newmark of Southern California Inc
dba Newmark Knight Frank
NOVO Construction, Inc.
Office Furniture Service, Inc.
Office Resources, Inc.
One Workplace L Ferrari LLC DBA
Two
OUTREACH CORPORATION
Patrick Nash Design Inc.

People.ai, Inc.
Phonebooths Inc.
POPPIN INC.
Quality Building Services
Quench USA Inc.
Redwood Property Group, LLC
RINGCENTRAL, INC
Rogan Construction Group, LLC
Rudolph Commercial Interiors, Inc.
Rylko Builders, Inc.
Salesforce.com, Inc.
Silverline
Source Planning & Construction, Inc.
SPK Lewis Construction LLC
Stantec Architecture Inc.
TBro's Renovation INC.
Third Republic Inc
ThomDigital Group LTD
Tinkering Monkey
Transwestern Commercial Services, LLC
Trilegal
Truline Construction Services, Inc.
Vivas Banners & Signs, Inc.
Webpass
WorkPlace Solutions, LLC
Zoom Video Communications, Inc

**Other Significant Parties in Interest**
333 Broadway SF JV LLC
Ace KW, LLC
Benjamin I. Dyett, Jr.
Bridge Bank
Grind, LLC
Kekst and Company Incorporated DBA Kekst CNC
Merchants Advance, LLC
Newmark & Company Real Estate, Inc.
Peak State RE LLC
R-Ace (S) LLC
Triplepoint Capital LLC
Triplepoint Venture Growth BDC Corp.
Western Alliance Bank

**Other Contacts**
**Region 3 United States Trustee, United States Trustee Office for the District of Delaware (and Key Staff Members)**
Andrew R. Vara
Benjamin Hackman
Christine Green
David Buchbinder
David Villagrana
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**United States Bankruptcy Judges in the District of Delaware**
The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein
The Honorable Mary F. Walrath

**Clerk of Court and Deputy for the United States Bankruptcy Court in the District of Delaware**
Una O'Boyle, Clerk of Court Stephen Grant, Chief Deputy Clerk

## SCHEDULE 2

| Entity | Relationship to Debtors[2] | Relationship to Lowenstein Sandler[4] |
|---|---|---|
| Knotel, Inc. | Debtor | Former client of the Firm |
| ██████████ | Customer | Current client of the Firm |
| ██████████ | Customer | ██████████ is a current client of the Firm |
| ██████████ | Customer | ██████████ is a former client of the Firm |
| Collective Returns, Inc. DBA Stash Invest | Lessor | Stash Financial is a current client of the Firm |
| Cantor Fitzgerald & Co. | Banking Relationship/Accounts | Current client of the Firm |
| CBRE | Real Estate Broker | Current client of the Firm |
| Hilco Real Estate, LLC | Debtors' Professional | Hilco Global, the parent company of Hilco Real Estate, LLC, is a current client of the Firm |
| Moelis & Co. | Debtors' Professional | Moelis Capital Partners is a current client of the Firm |
| ██████████ | Customer | ██████████, a parent company of ██████████, is a current client of the Firm |
| ██████████ | Customer | ██████████ is a current client of the Firm |
| LinkedIn Corporation | Significant Vendor/Supplier | ██████████ is a current client of the Firm |
| ██████████ | Customer | Current client of the Firm |
| Teachers Insurance and Annuity Association of America | Lessor | Current client of the Firm |
| ██████████ | Customer | ██████████, is a current client of the Firm |
| Salesforce.com, Inc. | Significant Vendor/Supplier | Current client of the Firm |
| Verizon | Utility Provider | Current client of the Firm |

[2] This schedule is for disclosure purposes only and uses the Debtors' description of the relationship to the Debtors. The Committee expressly reserves all rights, including, without limitation, with respect to the nature, extent and validity of any party's alleged lien or claim.

[4] Representations are in matters unrelated to these Chapter 11 Cases.

| Entity | Relationship to Debtors[2] | Relationship to Lowenstein Sandler[4] |
|---|---|---|
| Northzone Management IX Limited | Affiliates of Current Officers and Directors | Current client of the Firm |
| ███████████ | Customer | Current client of the Firm |
| | Customer | ███████████ is a current client of the Firm |
| Skillz Inc. | Litigation Counterparties/Pending Lawsuits | Current client of the Firm |
| City of Los Angeles Department of Water and Power | Utility Provider | The City of Los Angeles Water and Power Employees' Retirement, Disability and Death Plan is a current client of the Firm |
| Connecticut Department of Revenue Services | Taxing Authority | The State of Connecticut, acting through its Treasurer is a current client of the Firm |
| Comcast | Utility Provider | Former client of the Firm |
| Consolidated Edison | Utility Provider | Former client of the Firm |
| Argo Real Estate LLC | Lessor | Former client of the Firm |
| 5 Hanover Square (NY) Owner, LLC | Lessor | Former client of the Firm |
| Ingram Yuzek Gainen Carroll & Bertolotti, LLP | Significant Vendor/Supplier | Former client of the Firm |
| ███████████ | Customer | ███████████ is a former client of the Firm |
| State of New Jersey Department of the Treasury, Division of Taxation | Taxing Authority | Department of the Treasury of the State of New Jersey and its Division of Investment is a former client of the Firm |
| ███████████ | Customer | ███████████ is a current client of the Firm |
| Mississippi Department of Revenue | Taxing Authority | Public Employees' Retirement System of Mississippi is a current client of the Firm |
| KPMG | Debtors' Ordinary Course Professional | Rothstein Kass, a subsidiary of KPMG, is a former client of the Firm |
| ███████████ | Customer | Former client of the Firm |

## EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KNOTEL, INC., *et al.*,[1] | Case No.: 21-10146 (MFW) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF COMMITTEE CO-CHAIRPERSON IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL, EFFECTIVE AS OF FEBRUARY 9, 2021**

I, Mona Heffernan of One Workplace L Ferrari, LLC, solely in my capacity as the Co-Chairperson of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned cases (the "Chapter 11 Cases"), hereby submits this declaration pursuant to 28 U.S.C. section 1746 and respectfully states as follows:

1.      I am over the age of 21 and Co-Chairperson of the Committee.  The Committee was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") on February 8, 2021.

2.      I have read and am familiar with the contents of the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel Effective as of February 9, 2021* (the "Application") filed contemporaneously herewith.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.courts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

3.      This Declaration is provided pursuant to ¶ D.2 of the Appendix B Guidelines.[2]  I am informed by proposed Committee counsel that the Appendix B Guidelines request that any application for employment of an attorney under 11 U.S.C. §§ 327 or 1103 be accompanied by a verified statement from the client that addresses the following:

(a)      The identity and position of the person making the verification.

(b)      The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

(c)      The number of firms the client interviewed.

(d)      If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, then the circumstances warranting the retention of that firm.

(e)      The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.  If the procedure for the budgeting, review and approval of fees and expenses differ from those the client regularly employs in non-bankruptcy cases to supervise outside general counsel, explain how and why.  In addition, describe any efforts to negotiate rates, including rates for routine matters, or in the alternative to delegate such matters to less expensive counsel.

A.      **Identity of the Declarant**

4.      On February 8, 2021, One Workplace L Ferrari, LLC was appointed to the Committee and was subsequently elected Co-Chair of the Committee.  Under the Bylaws of the Official Committee of Knotel, Inc., *et al.* (the "Bylaws"), the Co-Chair of the Committee, by and through its representatives, has the authority to sign documents on behalf of, and to bind the Committee as appropriate to implement decisions of the Committee made in accordance with the Bylaws.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

5.     The Committee interviewed multiple firms for the position of its counsel in these Chapter 11 Cases on February 9, 2021.  At the conclusion of the interviews, the Committee selected Lowenstein Sandler LLP ("Lowenstein Sandler") as its lead counsel.  Subsequently, the Committee selected Potter Anderson & Corroon LLP to serve as its Delaware counsel and FTI Consulting to serve as its financial advisor in these Chapter 11 Cases, subject to court approval. In connection with the interviews, the Committee evaluated the breadth of the firms' experience and particular areas of expertise, the firms' prior history of representing creditors' committees in chapter 11 cases, and the anticipated fees to be billed in connection with these cases.

6.     The Committee selected Lowenstein Sandler as its counsel because of the firm's extensive experience and knowledge in the field of creditors' rights, business reorganizations, and liquidations under chapter 11 of the Bankruptcy Code, its knowledge of the Debtors' industry and its expertise and experience representing creditors' committees before this Court.

**B.     Steps Taken to Ensure Comparability of Engagement Terms**

7.     Lowenstein Sandler has informed the Committee that its currently hourly rates are its standard hourly rates for work of this nature.  Lowenstein Sandler further informed the Committee that it operates in a national and regional marketplace for legal services in which rates are driven by multiple factors related to the individual lawyer, his or her area of specialty, the firm's expertise, performance and reputation, the nature of the work involved, and other factors. Lowenstein Sandler further informed the Committee that its hourly rates are subject to periodic adjustments to reflect economic and other conditions.  Lowenstein Sandler confirmed that, while its billing rates vary from attorney to attorney based on such facts as the attorney's seniority and position with the firm (*e.g.*, partner, counsel, or associate), years of experience, and the demand

for services in the attorney's particular area of expertise, the billing rates quoted to the Committee are Lowenstein's customary billing rates for representations of this type.

8.      Lowenstein Sandler will be providing me with a budget and staffing plan, which the Committee will review.  I recognize that in the course of large cases like these Chapter 11 Cases, it is possible, and in fact may be likely, that there may be a number of unforeseen matters that will need to be addressed by the Committee and its counsel and that the budget and staffing plans may need to be amended and modified accordingly.  To the extent the Committee has an objection to the fees and expenses requested by Lowenstein Sandler in any monthly fee statement that cannot be resolved to the Committee's satisfaction informally, Lowenstein Sandler has informed me that they will file a Notice of Objection to Fee Statement on the Committee's behalf.  In so doing, I understand that Lowenstein Sandler reserves all rights to contest any such objection raised to the allowance or payment of its requested fees and expenses and the Committee reserves the right to retain conflicts counsel to prosecute any such fee objection to the extent it cannot be resolved informally by the parties.

**C.      Procedures Established to Supervise Fees and Expenses and Manage Costs**

9.      The Committee recognizes that its responsibility to review the billing practices of its counsel to ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Committee's expectations and the exigencies of these Chapter 11 Cases.

10.     The Committee will review the invoices that Lowenstein Sandler submits and, together with Lowenstein Sandler, as necessary, will periodically amend the budget and staffing plans as these Chapter 11 Cases develop.

11.     The Committee understands that Lowenstein Sandler's fees and expenses: (a) will be subject to review, comment and objection (if warranted), and Court approval; and (b) will be

subject to the periodic review on an interim and final basis during the course of these Chapter 11

Cases by the U.S. Trustee and the Debtors, as well as by the Committee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Dated: February 23, 2021

<div style="margin-left:40%;">

Official Committee of Unsecured Creditors of
Knotel, Inc., *et al.*

By: /s/ *Mona C Heffernan*

Mona Heffernan of One Workplace L Ferrari,
LLC, solely in her capacity as the Co-
Chairperson of the Official Committee of
Unsecured Creditors and not in her personal
capacity

</div>

-- 5 --

## <u>CERTIFICATE OF SERVICE</u>

I, D. Ryan Slaugh, do hereby certify that on February 23, 2021, a copy of the foregoing **Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of February 9, 2021** was served on the parties listed on the attached service list via email and first class mail.

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (No. 6325)

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Morris, Nichols, Arsht<br>& Tunnell LLP<br>Robert J. Dehney, Esq.<br>B. Harvey, Esq.<br>Matthew O. Talmo, Esq.<br>Andrew R. Workman, Esq.<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com<br>aworkman@morrisnichols.com | **VIA EMAIL**<br>Milbank LLP<br>Mark Shinderman, Esq.<br>Daniel B. Denny, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Email: mshinderman@milbank.com<br>ddenny@milbank.com |
| **VIA EMAIL**<br>11 East 44th Street LLC<br>Attn: Vito Giannola<br>346 Madison Ave, 10th Fl<br>New York, NY 10017 vgiannola@delvholdings.com | **VIA EMAIL**<br>Allen Matkins Leck Gamble Mallory<br>& Natsis LLP<br>Attn: Ivan M. Gold<br>Three Embarcadero Center, 12th Fl<br>San Francisco, California 94111-4074<br>igold@allenmatkins.com |
| **VIA EMAIL**<br>ARC NYC570Seventh, LLC<br>Attn: Michael Anderson<br>AR Global 650 Fifth Ave, 30th Fl<br>New York, NY 10019<br>manderson@ar-global.com | **VIA EMAIL**<br>Armstrong Teasdale LLP<br>Attn: Rafael X. Zahralddin-Aravena<br>300 Delaware Ave, Ste 210<br>Wilmington, DE 19801 rzahralddin@atllp.com |
| **VIA EMAIL**<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Michael L. Bernstein<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>michael.bernstein@arnoldporter.com | **VIA EMAIL**<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Justin Imperato<br>250 W 55th St<br>New York, NY 10019<br>justin.imperato@arnoldporter.com |
| **VIA EMAIL**<br>Ashby & Geddes, PA<br>Attn: Ricardo Palacio<br>500 Delaware Ave, 8th Fl P.O. Box 1150<br>Wilmington, DE 19899-1150<br>rpalacio@ashbygeddes.com | **VIA EMAIL**<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman<br>Attn: Laurel D. Roglen<br>919 N. Market Street, 11th Fl<br>Wilmington, DE 19801-3034<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |

| | |
|---|---|
| **VIA EMAIL**<br>Belkin Burden Goldman, LLP<br>Attn: Jay B. Solomon<br>Attn: Brian Bendy<br>270 Madison Ave<br>New York, NY 10016 jsolomon@bbgllp.com<br>bbendy@bbgllp.com | **VIA EMAIL**<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Jennifer R. Hoover Attn: John C. Gentile<br>1313 N Market St, Ste 1201 Wilmington, DE<br>19801 jhoover@beneschlaw.com<br>jgentile@beneschlaw.com |
| **VIA EMAIL**<br>Benesch, Friedlander, Coplan & Aronoff LLP Attn:<br>Sven T. Nylen<br>71 S Wacker, Ste 1600<br>Chicago, IL 60606<br>snylen@beneschlaw.com | **VIA EMAIL**<br>Bobrow & Rosen<br>Attn: John E. Silverman<br>40 East 69th St<br>New York, NY 10021<br>john@rosengroupinc.com |
| **VIA EMAIL**<br>Charles E. Boulbol PC<br>Attn: Charles E. Boulbol<br>26 Broadway, 17th Fl<br>New York, NY 10004<br>rtrack@msn.com | **VIA EMAIL**<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 N. Market St, Ste 901<br>Wilmington, DE 19801 csimon@crosslaw.com<br>kmann@crosslaw.com |
| **VIA FIRST CLASS MAIL**<br>Delaware Secretary of State<br>Attn: Division of Corporations<br>John G. Townsend Building<br>401 Federal St, Ste 4<br>Dover, DE 19901 | **VIA FIRST CLASS MAIL**<br>Delaware Secretary of the Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| **VIA EMAIL**<br>DoorDash, Inc.<br>Attn: Joseph Fazioli<br>303 2nd St, S Twr, 8th Fl<br>San Francisco, CA 94107<br>jfazioli@doordash.com | **VIA EMAIL**<br>Eden Technologies Inc.<br>Attn: Joe DuBey<br>54 Gilbert St<br>San Francisco, CA 94103<br>joe@eden.io. |
| **VIA EMAIL**<br>Elkins Kalt Weintraub Reuben Gartside LLP Attn:<br>Michael I. Gottfried<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064<br>mgottfried@elkinskalt.com | **VIA EMAIL**<br>Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>melorod@gtlaw.com |
| **VIA EMAIL**<br>Greenberg Traurig, LLP<br>MetLife Building<br>Attn: Heath B. Kushnick<br>200 Park Ave<br>New York, NY 10166<br>kushnickh@gtlaw.com | **VIA EMAIL**<br>Hopkins & Carley, ALC<br>Attn: Stephen J. Kottmeier<br>Attn: Jay Michael Ross<br>Attn: Monique D. Jewett-Brewster<br>70 S 1st St<br>San Jose, CA 95113<br>sjk@hopkinscarley.com<br>jross@hopkinscarley.com<br>mjb@hopkinscarley.com |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **VIA EMAIL**<br>Itkowitz PLLC<br>Attn: Jay B. Itkowitz<br>The Pioneer Building<br>41 Flatbush Ave, 1st FL<br>Brooklyn, NY 11217<br>jitkowitz@itkowitz.com |
| **VIA EMAIL**<br>Jack Shrum, PA<br>Attn: "J" Jackson Shrum<br>919 N. Market St, Ste 1410<br>Wilmington, DE 19801<br>Jshrum@jshrumlaw.com | **VIA EMAIL**<br>Jaspan Schlesinger LLP<br>Attn: Sophia A. Perna-Plank<br>300 Garden City Plaza, 5th Fl<br>Garden City, NY 11530<br>spernaplank@jaspanllp.com |
| **VIA EMAIL**<br>Jaspan Schlesinger LLP<br>Attn: Steven R. Schlesinger<br>300 Garden City Plaza, 5th Fl<br>Garden City, NY 11530<br>sschlesinger@jaspanllp.com | **VIA EMAIL**<br>Klestadt Winters Jureller Southard<br>& Stevens, LLP<br>Attn: Tracy L. Klestadt<br>200 W 41st St, 17th Fl<br>New York, NY 10036<br>tklestadt@klestadt.com |
| **VIA EMAIL**<br>Loeb & Loeb LLP<br>Attn: Daniel B. Besikof; Attn: Vadim J. Rubinstein<br>Attn: Evan Farber; Attn: Jordan Meddy<br>345 Park Ave<br>New York, NY, 10154<br>dbesikof@loeb.com<br>vrubinstein@loeb.com<br>efarber@loeb.com<br>jmeddy@loeb.com | **VIA EMAIL**<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>and Popeo, PC<br>Attn: Paul J. Ricotta<br>Attn: Francis J. Earley<br>Chrysler Center<br>666 Third Ave<br>New York, NY 10017<br>PJRicotta@mintz.com<br>FEarley@mintz.com |
| **VIA EMAIL**<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>and Popeo, PC<br>Attn: Timothy J. McKeon<br>One Financial Center<br>Boston, MA 02111<br>TJMcKeon@mintz.com | **VIA EMAIL**<br>Neustar, Inc.<br>Attn: Kevin Hughes<br>Administrative Services, LLC<br>21575 Ridgetop Circle<br>Sterling, VA 20166<br>kevin.hughes@team.neustar |
| **VIA EMAIL**<br>Nossaman LLP<br>Attn: Allan H. Ickowitz<br>777 S Figueroa St, 34th Fl<br>Los Angeles, CA 90017<br>aickowitz@nossaman.com | **VIA EMAIL**<br>Office of the U.S. Trustee<br>Attn: T. Patrick Tinker<br>Attn: Joseph James McMahon, Jr.<br>844 King St, Ste 2207 Lockbox 35 Wilmington ,<br>DE 19801 Thomas.P.Tinker@usdoj.gov<br>joseph.mcmahon@usdoj.gov |

| | |
|---|---|
| **VIA EMAIL**<br>One Workplace L Ferrari, LLC<br>Attn: Mona Heffernan<br>2500 de la Cruz Blvd<br>Santa Clara, CA 95050<br>mheffernan@oneworkplace.com | **VIA EMAIL**<br>Otterbourg PC<br>Attn: William M. Silverman<br>Attn: Peter Feldman<br>230 Park Ave<br>New York, NY 10169<br>wsilverman@otterbourg.com<br>pfeldman@otterbourg.com |
| **VIA EMAIL**<br>Pahl & McCay, PLC<br>Attn: Catherine Schlomann Robertson<br>225 W Santa Clara St, Ste 1500<br>San Jose, CA 95113-1752<br>crobertson@pahl-mccay.com | **VIA EMAIL**<br>Polsinelli PC<br>Attn: Shanti M. Katona<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 skatona@polsinelli.com |
| **VIA EMAIL**<br>Rivkin Radler LLP<br>Attn: Matthew V. Spero<br>926 RXR Plaza<br>Uniondale, NY 11556-0926<br>matthew.spero@rivkin.com | **VIA FIRST CLASS MAIL**<br>Securities and Exchange Commission<br>100 F St, NE<br>Washington, DC 20549 |
| **VIA FIRST CLASS MAIL**<br>Securities and Exchange Commission<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl 200 Vesey St, Ste 400<br>New York, NY 10281-1022 | **VIA EMAIL**<br>SSL Law Firm LLP<br>Attn: Ivo Keller<br>505 Montgomery St, Ste 620<br>San Francisco, CA 94111<br>ivo@ssllawfirm.com |
| **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Amy A. Zuccarello<br>One Post Office Square<br>Boston, MA 02109 azuccarello@sullivanlaw.com | **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Jeffrey R. Gleit<br>Attn: Allison Weiss<br>1633 Broadway<br> New York, NY 10019 jgleit@sullivanlaw.com<br>aweiss@sullivanlaw.com |
| **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Jeffrey Gleit<br>1633 Broadway<br>New York, NY 10019<br>jgleit@sullivanlaw.com | **VIA EMAIL**<br>Sullivan, Hazeltine, Allinson LLC<br>Attn: Elihu E. Allinson, III<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br>zallinson@sha-llc.com |
| **VIA EMAIL**<br>The Rosner Law Group LLC<br>Attn: Jason A. Gibson<br>824 N. Market St, Ste 810<br>Wilmington, DE 19801<br>gibson@teamrosner.com | **VIA EMAIL**<br>The Rosner Law Group LLC<br>Attn: Frederick B. Rosner<br>Attn: Jason A. Gibson<br>824 N. Market St, Ste 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>gibson@teamrosner.com |

| | |
|---|---|
| **VIA EMAIL**<br>United Group LLC<br>Attn: Roni Mova<br>165 Madison Ave, Ste 300<br>New York, NY 10016<br>roni@unitedgroupnyc.com | |

7058226