**<u>EXHIBIT 1</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: March 18, 2021 at 2:00 p.m. (ET)**<br>**Objection Deadline: March 9, 2021 at 4:00 p.m. (ET)** |

## APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER PURSUANT TO SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO FEBRUARY 10, 2021

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move the Court for entry of an order, substantially in the form attached hereto as **Exhibit A**, under sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of the consulting firm of FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee.  In support of this application (the "Application"), the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 328(a) and 1103 of the Bankruptcy Code.  This Application is a core proceeding pursuant to 28 U.S.C. 157.

## BACKGROUND

---

1  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

2.      On January 31, 2021 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code.  Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession.

3.      On February 8, 2021 the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code. On February 9, 2021, the Committee selected Lowenstein Sandler LLP and Potter Anderson & Corroon LLP as its counsel, and on February 10, 2021, the Committee selected FTI Consulting, Inc. as its financial advisor.  The Committee consists of the following seven members: (a) Neustar, Inc.; (b) 11 East 44th Street LLC; (c) United Group LLC; (d) ARC NYC570Seventh, LLC; (e) DoorDash, Inc; (e) One Workplace L Ferrari, LLC; and (f) Eden Technologies Inc.

## RELIEF REQUESTED

4.      By this Application, the Committee seeks to employ and retain FTI pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code to perform financial advisory services for the Committee in these chapter 11 cases, nunc pro tunc to February 10, 2021.

5.      The Committee is familiar with the professional standing and reputation of FTI. The Committee understands and recognizes that FTI has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.

6.      The services of FTI are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully.  Further, FTI is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

## SCOPE OF SERVICES

7.      FTI will provide such financial advisory services to the Committee and its legal advisor as they deem appropriate and feasible in order to advise the Committee in the course of these chapter 11 cases, including but not limited to the following:

- Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

- Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral;

- Assistance with the assessment and monitoring of the Debtors' short term cash flow, liquidity, and operating results;

- Assistance with the review of the Debtors' proposed key employee retention and other employee benefit programs;

- Assistance with the review of the Debtors' analysis of core business assets and the potential disposition or liquidation of non-core assets;

- Assistance with the review of the Debtors' cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

- Assistance with the review of the Debtors' identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

- Assistance in the review and monitoring of the asset sale process, including, but not limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

- Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtors, plans of reorganization, and asset sales;

- Assistance in the review of the claims reconciliation and estimation process;

- Assistance in the review of other financial information prepared by the Debtors, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

- Attendance at meetings and assistance in discussions with the Debtors, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

- Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

- Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

- Assistance in the prosecution of Committee responses/objections to the Debtors' motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

- Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

## FTI'S ELIGIBILITY FOR EMPLOYMENT

8.      FTI has informed the Committee that, except as may be set forth in the Declaration of Liz Park (the "Park Declaration"), attached hereto as **Exhibit B**, it does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.  To the best of the Committee's knowledge and based upon the Park Declaration, (a) FTI's connections with the Debtors, creditors, any other party in interest, or their respective attorneys are disclosed on Exhibit B to the Park Declaration; and (b) the FTI professionals working on this matter are not relatives of the United States Trustee or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware.  FTI has not provided, and will not provide any professional services to the Debtors, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

9.      FTI will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material facts or relationships are discovered, FTI will supplement its disclosure to the Court.

10.     FTI has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

## TERMS OF RETENTION

11.     FTI is not owed any amounts with respect to pre-petition fees and expenses.

12.     The Committee understands that FTI intends to apply to the Court for allowances

of compensation and reimbursement of expenses for its financial advisory services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by the United States Trustee.

13.    FTI seeks to be compensated on an hourly fee basis, plus reimbursement of actual and necessary expenses incurred by FTI.  Actual and necessary expenses would include any reasonable legal fees incurred by FTI related to FTI's retention and defense of fee applications in these cases, subject to Court approval.

14.    The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to this case are as follows:

| Classification/Experience | Hourly Rate |
|---|---|
| Senior Managing Directors | $950-$1295 |
| Directors/Senior Directors/Managing Directors | $715-$935 |
| Consultants/Senior Consultants | $385-$680 |
| Administrative / Paraprofessionals | $155-$290 |

15.    FTI understands that interim and final fee awards are subject to approval by this Court.

## **INDEMNIFICATION**

16.    In addition to the foregoing, and as a material part of the consideration for the agreement of FTI to furnish services to the Committee pursuant to the terms of this Application, FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

a.    subject to the provisions of subparagraphs (b) and (c) below and approval of the Court, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with FTI's engagement under this Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court; and

b.    the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i)  judicially determined (the determination having become final) to

have arisen primarily from FTI's gross negligence, willful misconduct or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre company, et al., 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

c.  if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI

The Committee believes that indemnification is customary and reasonable for financial advisors in chapter 11 proceedings. *See In re Joan & David Halpern, Inc.*, 248 B.R. 43 (Bankr. S.D.N.Y. 2000).

## NO PRIOR REQUEST

17.    No prior Application for the relief requested herein has been made to this or any other Court.

## NOTICE

18.    Notice of this Application will be provided to: (i) the Office of the United States Trustee; (ii) the Internal Revenue Service; (iii) the Securities and Exchange Commission; (iv) the Delaware Secretary of State; (v) the Delaware Secretary of the Treasury; (vi) the Debtors' thirty (30) largest unsecured creditors; (vii) counsel to the DIP Lender and Prepetition Lender; (viii) counsel to the Debtors; and (ix) all parties requesting notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Committee submits that no other or further

notice is necessary.  No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter an order, substantially in the form attached hereto, authorizing the Committee to employ and retain FTI as financial advisors for the Committee for the purposes set forth above, nunc pro tunc to February 10, 2021, and grant such further relief as is just and proper.

New York, NY
Date: February  23, 2021

Respectfully submitted,

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF KNOTEL, INC., ET AL.**

By: /s/    *Mona C Heffernan*
Mona Heffernan of One Workplace L Ferrari, LLC, solely in her capacity as the Co-Chairperson of the Official Committee of Unsecured Creditors and not in her personal capacity

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: March 18, 2021 at 2:00 p.m. (ET)**<br>**Objection Deadline: March 9, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER
UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE
EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NUNC PRO TUNC TO FEBRUARY 10, 2021**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

"Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in

possession (the "Debtors"), filed the *Application Pursuant to Fed. R. Bankr. P. 2014(a) for*

*Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of*

*FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors*

*Nunc Pro Tunc to February 10, 2021* (the "Application") with the United States Bankruptcy

Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must

be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of

Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **March 9,**

**2021 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

undersigned proposed attorneys for the Committee.

      **PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **March 18, 2021 at 2:00 p.m. (ET)**.

      **IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 23, 2021
      Wilmington, Delaware

Respectfully submitted,

*/s/ D. Ryan Slaugh*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
D. Ryan Slaugh (No. 6325)
Joseph D. Farris, III (No. 6657)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email:   csamis@potteranderson.com
       kgood@potteranderson.com
       rslaugh@potteranderson.com
       jfarris@potteranderson.com

-and-

Michael S. Etkin, Esq.
Bruce D. Buechler, Esq.
Erica G. Mannix, Esq.
Colleen M. Maker, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

2

Facsimile:  (973) 597-2400
Email:    metkin@lowenstein.com
          bbuechler@lowenstein.com
          emannix@lowenstein.com
          cmaker@lowenstein.com

-and-

Wojciech F. Jung, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile:  (212) 262-7402
Email:    wjung@lowenstein.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

3

## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KNOTEL, INC., *et al.*,[1] | Case No.: 21-10146 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO FEBRUARY 10, 2021**

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing them to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI") as financial advisor; and upon the Declaration of Liz Park in support of the Application; and due and adequate notice of the Application having been given; and it appearing that no other notice need be given; and it appearing that FTI is not representing any adverse interest in connection with these cases; and it appearing that the relief requested in the Application is in the best interest of the Committee; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted as set forth herein;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.courts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain FTI as of February 10, 2021 as their financial advisor on the terms set forth in the Application; and it is further

ORDERED that FTI shall be compensated and reimbursed for expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and the Local Rules of this Court, including but not limited to Local Rule 2016-2(d) and (e) as may then be applicable, from time to time, and such procedures as may be fixed by order of this court; and it is further

ORDERED that, FTI is entitled to reimbursement of actual and necessary expenses, including legal fees related to this retention application and future fee applications as approved by the court; and it is further

ORDERED that the following indemnification provisions are approved:

    a.  subject to the provisions of subparagraphs (b) and (c) below, the Debtors are authorized to indemnify, and shall indemnify, FTI for any claims arising from, related to, or in connection with the services to be provided by FTI as specified in the Application, but not for any claim arising from, related to, or in connection with FTI's post-petition performance of any other services other than those in connection with the engagement, unless such post-petition services and indemnification therefore are approved by this Court;

    b.  the Debtors shall have no obligation to indemnify FTI for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen primarily from FTI's gross negligence, willful misconduct, or fraud unless the Court determines that indemnification would be permissible pursuant to *In re United Artists Theatre Company, 315 F.3d 217 (3d Cir. 2003)*, or (ii) settled prior to a judicial determination as to FTI's gross negligence, willful misconduct, or fraud, but determined by this Court, after notice and a hearing, to be a claim or expense for which FTI is not entitled to receive indemnity under the terms of this Application; and

     c.   if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, FTI believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification obligations under the Application, including, without limitation, the advancement of defense costs, FTI must file an application in this Court, and the Debtors may not pay any such amounts to FTI before the entry of an order by this Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by FTI for indemnification, and not as a provision limiting the duration of the Debtors' obligation to indemnify FTI; and it is further;

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: March 18, 2021 at 2:00 p.m. (ET)**<br>**Objection Deadline: March 9, 2021 at 4:00 p.m. (ET)** |

### DECLARATION IN SUPPORT OF THE APPLICATION
### FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
### FTI CONSULTING, INC. AS FINANCIAL ADVISOR
### FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 28 USC Section 1746, Liz Park declares as follows :

1.      I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm.  I submit this Declaration on behalf of FTI (the "Declaration") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Knotel, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of FTI as financial advisor under the terms and conditions set forth in the Application. Except as otherwise noted[2], I have personal knowledge of the matters set forth herein.

---

1  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

2      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

**Disinterestedness and Eligibility**

2.      In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on Exhibit A to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI.  A listing of such relationships that FTI identified during this process is set forth on Exhibit B to this Declaration.

3.      Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings.  FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services.   To the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.      Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings.

5.      In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the estate, and none are in connection with these cases.

6.      FTI is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

7.      As such, to the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

8.      It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a Bankruptcy Rule 2014(a) Supplemental Declaration.

## **Professional Compensation**

9.      Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to this retention application and future fee applications as approved by the court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this

engagement are outlined in the Application for the employment of FTI. These hourly rates are adjusted periodically.

10.    According to FTI's books and records, during the ninety day period prior to the Debtors' petition date, FTI performed no professional services or incurred any reimbursable expenses on behalf of the Debtors.

11.    To the best of my knowledge, a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct

Ececuted this 23 day of February, 2021

*/s/ Liz Park*_____
Liz Park

# EXHIBIT A

## Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Debtor**
100 Bush St SF LLC
101 Fifth Ave NYC LLC
101 Montgomery St SF LLC
10301 Jefferson Blvd LA LLC
110 W 32nd NYC LLC
1100 Glendon LA LLC
1120 20th St DC LLC
1120 20th St DC LLC (fka 5930 W Jefferson
LA LLC)
116 W 32nd NYC LLC
12 E 33 St NYC LLC
12121 Bluff Creek LA LLC
12211 Washington LA LLC
125 Fifth Ave NYC LLC
1250 Eye St DC LLC
12555 West Jefferson Way LA LLC
126 Post St SF LLC
129 W 29th NYC LLC
131 Rodeo 102 LA LLC
131 Rodeo 250 LA LLC
13160 Mindanao Way LA LLC
1317 5th St LA LLC
1330 Conn Ave DC LLC
1407 Broadway NYC LLC
142 Berkeley St BOS LLC
1444 Market St SF LLC
146 Geary St SF LLC
152 W 25 NYC LLC
1550 Bryant St SF LLC
1556 20th LA LLC
16 W 36 St NYC LLC
1625 Oly Blvd LA LLC
1625 Oly Blvd LA LLC (fka 1625 Olympic LA
LLC)
1640 Sepulveda LA LLC
166 Geary St SF LLC
1720 Eye St DC LLC
1725 Montgomery St SF LLC
19 W 44th NYC LLC
195 Broadway NYC LLC
2 Liberty Sq BOS LLC
22 W 21 ST NYC LLC
2228 Cottner LA LLC
23 W 20th NYC LLC

239 Causeway St Boston LLC
240 W 35th NYC LLC
240 W 40 St NYC LLC
250 Montgomery St LLC
259 W 30TH NYC LLC
26 W 17th St NYC LLC
260 W 39th NYC LLC
275 Battery St SF LLC
28 W 25 NYC LLC
29 W 35th St NYC LLC
295 Madison NYC LLC
30 W 21 St NYC LLC
300 Broadway St SF LLC
300 Montgomery St SF LLC
301 Brannan St SF LLC
303 Second St SF LLC
3137 S La Cienega Blvd LA LLC
320 Lincoln LA LLC
3309 La Cienega Place LA LLC
333 Broadway SF Tenant LLC
350 Sansome St SF LLC
3535 Hayden Ave LA LLC
360 Madison NYC LLC
369 Lexington Ave NYC LLC
390 Broadway NYC LLC
40 Broad St BOS LLC
400 Sutter St SF LLC
405 E 4th Avenue SM LLC
405 Howard Street SF LLC
429 Santa Monica Blvd LA LLC
42Floors LLC
42Floors, LLC (fka Achilles Acquisition Sub II,
LLC) (fka 42Floors Inc.)
44 E 32nd Street NYC LLC
44 Thomson Pl BOS LLC
447 Broadway NYC LLC
45 W 45 ST NYC LLC
4501 Glencoe Blvd LA LLC
455 Market St SF LLC
456 Montgomery St SF LLC
465 California St SF LLC
5 Bryant Park NYC LLC
50 Osgood Pl SF LLC
505 Howard SF St LLC
545 5th Ave NYC LLC

555 Montgomery St SF LLC
565 Commercial St SF LLC
580 8th Ave NYC LLC
590 Fifth Ave NYC LLC
597 Fifth Ave NYC LLC
6 W 28th NYC LLC
60 Madison NYC LLC
600 Corporate Pointe LA LLC
649 Mission St SF LLC
650 Fifth Ave NYC LLC
71 Stevenson St SF LLC
750 HARRISON ST SF LLC
818 Mission St SF LLC
8590 National Blvd LA LLC
8690 National Blvd LA LLC
875 6th Ave NYC LLC
88 Kearny St SF LLC
901 Market St SF LLC
909 E Street DC LLC
909 Ocean Front Walk LA LLC
91 Fifth Ave NYC LLC
Bush 225 SF LLC
Cortlandt White NYC LLC
Cortlandt White NYC LLC (fka 80 White Street
NYC LLC)
Kkoin, LLC
Knotel 1 Whitehall LLC
Knotel 102 Madison LLC
Knotel 105 Madison LLC
Knotel 109 Stevenson LLC
Knotel 11 E 44th LLC
Knotel 110 Greene LLC
Knotel 110 William LLC
Knotel 114 W 26th LLC
Knotel 12 W 21st St LLC
Knotel 12 W 27th St LLC
Knotel 121 2nd Street LLC
Knotel 147 W 24th LLC
Knotel 148 Lafayette LLC
Knotel 150 Post LLC
Knotel 1500 Broadway LLC
Knotel 155 Fifth Ave LLC
Knotel 156 Fifth, LLC
Knotel 16 W 22nd LLC
Knotel 160 Pine LLC
Knotel 17 W 20th LLC
Knotel 180 Howard LLC
Knotel 200 W 41st LLC
Knotel 2080 Addison LLC
Knotel 211 East 43 LLC
Knotel 213 W 35th St LLC

Knotel 220 W 19th St LLC
Knotel 221 Pine LLC
Knotel 224 W 30th LLC
Knotel 229 W 43 LLC
Knotel 25 W 45th LLC
Knotel 250 Hudson LLC
Knotel 250 Hudson ST LLC
Knotel 26 OFarrell LLC
Knotel 26 W 17 LLC
Knotel 261 Madison LLC
Knotel 27 W 23rd ST LLC
Knotel 29 W 17th LLC
Knotel 3 E 28th LLC
Knotel 30 Broad LLC
Knotel 30 West 26th LLC
Knotel 307 Fifth LLC
Knotel 31 W 27th LLC
Knotel 321 11th LLC
Knotel 340 Brannan LLC
Knotel 36 W 14th LLC
Knotel 360 Pas LLC
Knotel 37 W 17th LLC
Knotel 373 Pas LLC
Knotel 38 E 29th LLC
Knotel 399 Lafayette LLC
Knotel 40 EX LLC
Knotel 40 Wooster LLC
Knotel 400 Madison LLC
Knotel 41 USW LLC
Knotel 41 W 25 LLC
Knotel 417 Montgomery LLC
Knotel 419 PAS LLC
Knotel 43 W 24th LLC
Knotel 443 PAS LLC
Knotel 475 Park LLC
Knotel 49 Drumm LLC
Knotel 5 Hanover LLC
Knotel 521 Broadway LLC
Knotel 530 Broadway LLC
Knotel 530 Seventh Avenue LLC
Knotel 54 W 21st LLC
Knotel 54 W 22nd LLC
Knotel 55 W 21St LLC
Knotel 550 Montgomery LLC
Knotel 551 Fifth Ave LLC
Knotel 560 LEXINGTON LLC
Knotel 575 8th Ave LLC
Knotel 580 5th Ave LLC (fka 580 Fifth Ave
NYC LLC)
Knotel 580 Market LLC
Knotel 584 Broadway LLC

Knotel 5-9 USW LLC
Knotel 598 Broadway LLC
Knotel 6 W 48th St LLC
Knotel 600 Townsend LLC
Knotel 61 Broadway LLC
Knotel 61 Broadway LLC (fka Knotel 330
Hudson LLC)
Knotel 611 Mission LLC
Knotel 615 Sacramento LLC
Knotel 625 2nd LLC
Knotel 625 2nd LLC (fka 625 Second St SF
LLC)
Knotel 655 Madison LLC
Knotel 695 AOA LLC
Knotel 701 Sutter LLC
Knotel 72 Madison LLC
Knotel 785 Market LLC
Knotel 80 Eighth Ave LLC
Knotel 814 Mission LLC
Knotel 88 Stevenson LLC
Knotel 90 John LLC
Knotel 900 Broadway LLC
Knotel 972 Mission LLC
Knotel Battery LLC
Knotel Blockchain Services LLC
Knotel Blockchain Services LLC (fka Baya,
LLC)
Knotel Flowerpot LLC
Knotel Geometry LLC
Knotel Platform 2017 LLC
Knotel President LLC
Knotel Properties LLC
Knotel Varick LLC
Knotel William LLC
Knotel, Inc.
Paces Ferry Road ATL LLC
Pine Street Tenant NY LLC
Tenant 660 Mkt St SF LLC
Tenant 660 Mkt St SF LLC (fka 660 Market St
LLC)

**Debtors' Trade Names and Aliases**
Knotel

**Affiliates and Subsidiaries**
1 Computer Ldn Ltd
1 Flaxseed Ldn Ltd
1 Sawmill Ldn Ltd
10 Flora Ldn Ltd
100 Wasp Ldn Ltd
110 Hero Helipad Ldn Ltd

1206005 B.C. Ltd
130 Jigsaw Ldn Ltd
15 Halfpenny Ldn Ltd
16 Oak Ballot Ldn Ltd
18 Flashlight Ldn Ltd
189 Schoolhouse Ldn Ltd
20 Farmhouse Ldn Ltd
20 Grasshopper Ldn Ltd
200 Tablemate Ldn Ltd
21 Candlewick Ldn Ltd
28 Kayak Ldn Ltd
33 Camcorder Ldn Ltd
33 Stem Ldn Ltd
37 Nightwatch Ldn Ltd
45 Evoke Ldn Ltd
49 Sandstone Bobcat Ldn Ltd
5 Meadow Ldn Ltd
55 Backgammon Ldn Ltd
8 Spaceflight Ldn Ltd
80 Oak Ldn Ltd
85 Graph Elevate Ldn Ltd
Knotel 101 New Cavendish Ltd
Knotel 1-2 Berners Ltd
Knotel 247 Tottenham Court Ltd
Knotel 27 Baker Ltd
Knotel 300 St John Ltd
Knotel 7 Soho Square Ltd
Knotel 8 Kean Ltd
Knotel 87-91 Newman Ltd
Knotel Ahoy! Berlin GmbH
Knotel Amsterdam I B.V.
Knotel Berlin I GmbH
Knotel Berlin II GmbH
Knotel Brasil Servicos de Escritorio LTDA
Knotel Canada, Inc.
Knotel Dublin I Limited
Knotel Germany GmbH
Knotel Ireland Limited
Knotel Japan Kabushiki Kaisha
Knotel Johnson 3 Ltd
Knotel Johnson 4 Ltd
Knotel Moray House Ltd
Knotel Netherlands B.V.
Knotel Office Services India Private Limited
Knotel UK Ltd.
Knotel Waverley House Ltd
Knotel Whitfield Ltd
Space Management SAS

**Debtors' Ordinary Course Professionals**
CSC – Delaware Registered Agent

Epstein Becker Green P.C.
Fisher Harris Shapiro, Inc. (Ins. Brokers)
KPMG
Levato Law
O'Melveny & Myers LLP

**Debtors' Professionals**
Ernst & Young LLP
Fenwick & West LLP
Hilco Real Estate, LLC
Milbank LLP
Moelis & Company LLC
Morris, Nichols, Arsht & Tunnell LLP
Omni Agent Solutions

**Current Officers and Directors**
Amit Khanna
Amol Sarva
Amol Sarva
Edward Shenderovich
Eugene Lee
Jason Freedman
Jeff Crowe
John Jureller
Jonathan Goldberg
Linda Fayne Levinson
Nodari Kezua
Par Jorgen Parson
Pratik Patel

**Affiliates of Current Officers and Directors**
Amit Khanna
Amol Sarva
Edward Shenderovich
Essential Capital Shared Spaces III, LLC
Essential Capital Shared Spaces IV, LLC
Essential Capital Shared Spaces LLC
Essential Capital Shares Spaces II, LLC
Essential Media Group, LLC
Jeff Crowe
Nodari Kezua
Northzone Management IX Limited
Norwest Venture Partners
Par Jorgen Parson
Paraag Sava
Peak State Limited
Pratik Patel
Sarva TXT
Wafra
W-Globe Holdings LLC

**Former Officers and Directors**
Ann Beemish
David Jones
Kim Rogers
Trevor Clark

**Banking Relationships/Accounts (not including Secured Lenders**
Cantor Fitzgerald & Co.
JPMorgan Chase

**Bondholders/Noteholders - 2019 NPA Noteholders**
Challenger Universal Limited
Enevoria Ltd
Essential Capital Shared Spaces IV LLC
Hiron Capital Ltd.
Suneight KN Investment Partnership
Suneight OK Investment Partnership

**Bondholders/Noteholders - 2020 NPA Noteholders**
A.O. Consulting Ltd
Bloomberg Beta 2016 L.P.
Challenger Universal Limited
Cocolalla, LLC
Dmitry Loshchinin
Essential Capital Shared Spaces III LLC
Essential Capital Shared Spaces IV LLC
F&J Labs Telenor Co-Invest III LP
F&W Investments LP - Series 2019
First Dolphin Limited
FJ Labs Entrepreneurs Fund 2020, a series of FJ Labs Funds, LP
FJ Labs LLC
Kristine Di Bacco
Lichota Ltd.
OC Companies LLC
PTC Trustees GY Limited, as Trustee of the GYF Trust
Ru-Net Enterprises Limited
The Sawyer Family Trust
Thomas H. Glocer
Unison Investments Ltd.
Welcott, Ltd.

**Clerk of Court and Deputy for the United States Bankruptcy Court in the District of Delaware**
Stephen Grant, Chief Deputy Clerk

**Counsel to Digiatech**
Greenberg Taurig
Sullivan & Worcester

**Customers**





**Insurance/Insurance Provider/Surety Bonds/Underwriters**
101 Ash LLC
Aspen American Insurance Company
Automatic Data Proc Ins
Endurance Assurance Corporation
Farmington Casualty Company
Fisher Harris Shapiro, Inc.
RHINO

Scottsdale Insurance Company
Sompo American Insurance Company
The Charter Oak Fire Insurance Company
Traveler's
Underwriters at Lloyds
XL Insurance Company

**Lessors**
110 Greene Fee Owner LP
110 William Street Property Investors II, LLC
115 West 30th Street LLC
12 E 33 ST NYC LLC
12 West 21st Street Associates LLC
12 West 27th Street Associates LLC
121 King Street West Ltd.
126 Post LLC
1407 Broadway LLC
147 West 24th Owner LLC
15 Toronto Holdings
156 Fifth Avenue Corp
195 Broadway Property LLC
209 North 8th Street LLC
2095891 Ontario Inc.
213 W. 35th Street Associates
22 West 21st LLC
220 KSW Inc.
225 Bush Street Owners LLC
240 W 40 LLC
240W35, LLC
250 HUDSON STREET LLC
26 O'FARRELL LLC
260-261 Madison Avenue LLC
29 W 17th Owner LLC
29 W 35th Street LLC
30 Broad Street Venture LLC
30 Cooper Square, LLC
300 Montgomery Associates LP
307 Fifth Avenue, LLC
31 West 27th Street Property Investors IV, LLC
319 11th Street LLC
333 Broadway SF Owner, LLC
369 Lex Manager Corp
369 Lexington Borrower II, LLC
369 Lexington Borrower, LLC
373-381 PAS Associates, LLC
37-39 West 17th Street
373-Park Avenue South
3VR Security, Inc.
40 Wooster Restoration LLC
40 X Owner LLC
400 Madison Holdings, LLC

400 Sutter St SF LLC
4324 Company c/o Olmstead Properties Inc
443 Company
443 Park Avenue South, LLC
45W45 Strategic Venture LLC
475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
505 Howard SF LLC
521 Broadway Management LLC
530 Broadway Owner LLC
53-55 W 21st Owner LLC
535-545 Fee LLC
54 West 22nd Owner LLC
551 Fifth Avenue (Denihan DHG)
560 Lexco L.P.
584 Broadway LLC
597 Fifth Avenue LLC
597 Scribner, LLC
598 Broadway Realty Associates, Inc
6 West 48th LLC
785 Market Street LLC
90 John Mazal LLC
91 Fifth Avenue Corp.
972 Mission Street LLC
989 Sixth Realty LLC
A&R Real Estate Inc.
ADM Group, Inc.
AFIAA 45 West 45th Street, LLC
Allerton Ave. Associates, LLC, 38th Street
Owners, LLC, and DK 38th Street LLC
Anejo Holdings, LLC
ARC NYC123 William, LLC
ARC NYC570SEVENTH, LLC (200 W 41st)
Argo Real Estate LLC
Artistic Ribbon and Novelty C Inc.
Atlas Property Group
Beverly Boston Limited Partnership
Bonafide Estates, Inc.
Bond Street Levy LLC
Brause Realty Inc (41 USW)
Britphil & Co (US) Ltd
BSD Michael 101 LLC
Capurro Properties LLC
CCT Helms LLC
CF 1 Whitehall LLC
CF Santa Monica Office III LP
Charles Dunn Real Estate Services, Inc.
Collective Returns, Inc. DBA Stash Invest
Colton Commercial & Partners
Compliance Science, Inc.
Converse Inc.

CP/IPERS Alchemy 43rd St. Owner
Crescent Capital Trust
Crespoint Real Estate (215 Spadina) Inc.
Cruise LLC
Daily Burn, Inc.
Daniel J. Edelman, Inc.
Dean Colin Properties LLC & Jal Colin
Properties LLC
DHG Management Company, LLC
DoorDash, Inc.
DP 1550 BRYANT, LLC
DP550, LLC
Earnest LLC
East 29 Associates LLC
Engine Group
Entrex Holdings L.P.
Essence Global LLC
FHF I Montgomery LLC
First Nationwide Title Agency Flipboard, Inc.
Fisher Realty Corp
Flatiron 30 LLC
Fogarty & Klein, Inc.
Forty Seventh Fifth Company, LLC
G&S Realty 1, LLC
GC 555 Montgomery LLC
General Hardware Manufacturing Co., Inc.
General Leasing and Management Corp.
Genius Brands International
GoDaddy MSH, Inc.
Goldfarb & Fleece LLP
Grind, LLC
Hanover Estates LLC
Hartford Properties Co.
HH West 20th Street, LLC
HH West 20th Street, LLC & 196 Nevins LLC
HRC Corporation
Hudson 625 Second LLC
Hudson 901 Market LLC
Hudson Square Realty, LLC
Inventure Capital Corporation
Irving Realty of NY LLC
Jemal's Weschler's L.L.C.
JLJ, LLC
John Varvatos Enterprises, Inc.
JPPF 660 Market, L.P.
JTRE Holdings
JTRE Nomad 8 W 28th LLC
Kalber Developments Incorporated and Super
Jewellers Inc.
KG Brannon, LLC
Kiamie Industries, Inc.

Kilroy Realty 303, LLC
LCPC Lafayette Property LLC
Legacy 455 Market Street L.P.
Linrose Property, LLC  / 320 Lincoln Blvd LA
LLC
M&M 38th Street DE, LLC // Dalan
Management
Madison Sixty Owner LLC
Malwin Realty LLC
Marina Business Center, LLC
MB Hamptons LLC
MC USPF VI 150 Post (SF) Owner, LP
MCP II Thirty-Third Street, LLC & 33rd Street
MCP President ST, LLC
Merchants Advance, LLC
Merchants Exchange Building LLC
Michael Orbach Two Friends Realty, LLC
Michael OrbachWest 39-620 Realty, LLC
MIXPANEL, INC.
MOXIE PICTURES INC
MPlatform, LLC
Nazwin Associates, Inc.
Neustar, Inc.
Noam Corporation 125 Realty LLC
Okada Bros, Inc.
Old 875 LLC and New 875 LLC
Olive Center
Orc International, Inc.
Orient Overseas Associates
Pennbus Realties LLC. Olmstead Properties, Inc
Pitchbook Data, Inc.
PREF 580 Market, LLC
Quotidian Management LLC
Red Circle NY Corp.
Redcar Westside Jefferson, LLC
REEP-OFC Corporate Pointe CA, LLC
RELX, Inc.
Robert SavittG&S Realty 1, LLC
Rubicon Global Holdings, LLC
RXR 61 Broadway Owner LLC
SHARIM INC
Sierra Realty Corp
SJ Shamie Realty LLC
Skyline Pine Street Ownership Group c/o
Skyline Pacific Properties, LLC
Smith Ketchum Trust
Source Media LLC
Square West LLC
SRI Eleven 1407 Broadway Operator LLC
State Bar of California
STS MEDIA INC. DBA FREEDOMPOP

Syapse Inc.
T3 Companies, LLC
Tahor 26 Owner LLC & 295 Madison Property
Owner LLC
Teachers Insurance and Annuity Association of
America
The Collection
The Fjeld Family Limited Partnership
The Joseph Rosen Foundation
The New School
Thor 5th Avenue, LLC
Toda America, Inc.
TREA Wilshire Rodeo, LLC
Trinity Real Estate
UNG 2 Realty, LLC
United Group LLC & American Equities LLC
Walden TR CAP LLC
Walter 419 Company LLC
Wesley Capital Group, LLC
West 39-260 Realty LLC
West Washington Investors, LP
Westfield 816-818 Mission ST LLC
Winter Equities Company LP
Winter Management Corp.
Y & H Realty Corp

**Litigation Counterparties/Pending Lawsuits**
11 East 44th Street LLC
126 Post LLC
156 Fifth Avenue Corp
295 Madison Property Owner LLC
307 Fifth Avenue LLC
369 Lexington Borrower II LLC
369 Lexington Borrower LLC
40 Wooster Member LLC
419 Park Avenue South Associates LLC
475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
580 Avenue Realty Co. LLC
584 Broadway, LLC
6 West 48th LLC
785 Market Street, LLC
91 Fifth Avenue Corp.
972 Mission Street LLC
Arc NYC123William LLC
ARC NYC570SEVENTH, LLC
Argonaut Insurance Company.
BSD 530 Broadway Propco LLC
California Secretary of State
Compliance Science, Inc.
Dean Colin Properties LLC

Doordash, Inc.
East 29th Associates, LLC
Eduardo Juarez
Entrex Holdings, LP
Essence Digital, Inc.
FHF 1 Montgomery LLC
Flatiron 30 LL
Globe Storage & Moving Co., Inc.
Hanover Estates LLC
Hartford Properties 41 LLC d/b/a Hartford
Properties Co.
Hudson 625 Second, LLC
Indentiv, Inc.
Jal Colin Properties
Juul Labs, Inc.
Kilroy Realty 303 LLC
M&M 38th Street DE, LLC
Malwin Realty LLC
Mixpanel, Inc.
Mordechai Ash 101 LLC
Nazwin Associates, Inc.
Nelson Orellana
Neustar Inc
One Workplace L. Ferrari LLC
PREF 580 Market, LLC
Rubicon Technologies LLC
RXR 61 Broadway Owner LLC
SD Michael 101 LLC
Skillz, Inc.
Tahor 26 Owner LLC
Toda America Inc
Two Friends Realty LLC
Walber 419 Company LLC
West 39-260 Realty LLC
West Washington Investors, L.P.

**Top Unsecured Creditors**
11 E 44th St, LLC
250 Hudson Street LLC
260-261 Madison Ave LLC
29 W 35th St LLC
29 W 35th Street LLC
30 Broad Street Venture, LLC
303 2nd Street Sf LLC
303 2nd Street SF LLC / Syapse Inc.
31 West 27th Street Property Investors IV, LLC
475 Building Company LLC
5 Hanover Square (NY) Owner, LLC
505 Howard SF LLC
530 Broadway Owner LLC
598 Broadway Realty Assoc, Inc

6 West 48th LLC
Alliance Brokerage Corp
ASB Allegiance Real Estate Fund
ASB Allegiance Real Estate Fund D/B/A 400
Madison Holdings, LLC
DP 1550 Bryant, LLC
Eden Technologies Inc.
Essence Global LLC
GODADDY MSH INC.
HRC Corporation
Hudson 625 Second LLC
Hudson 901 Market LLC
JLJ LLC
JLJ, LLC c/o Olmstead Properties Inc
Kidder Matthews of California, Inc.
Legacy 455 Market Street L.P.
Madison Holdings LLC
Office Resources, Inc.
One Workplace L Ferrari LLC
RELX, Inc.
RXR 61 Broadway Owner LLC
SourceMedia
Syapse Inc

**Official Creditors' Committee Members**
11 East 44th Street LLC
ARC NYC570 Seventh, LLC
Doordash, Inc.
Eden Technologies Inc.
Neustar, Inc.
One Workplace L Ferrari LLC
United Group LLC

**Official Creditors' Committee Members' Attorneys**
Benesch Friedlander Coplan & Aronoff LLP
Cooley LLP
Geraci & Glantz Law PLLC
Jaspan Schlesinger LLP
Loeb & Loeb LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

**Official Creditors' Committee Attorneys**
Lowenstein Sandler LLP
Potter Anderson & Corroon LLP

**Other Lenders**
JPMorgan Chase Bank, N.A.

**Other Secured Parties or Equipment Lessors**

Bevi
Data Sales Co.
De Lage Landen Financial Services
Hydration Labs, Inc.
New York Business Systems
Quench

**Other Significant Parties in Interest**
Ace KW, LLC
Andrew R. Vara
Benjamin I. Dyett, Jr.
Bridge Bank
Grind, LLC
Kekst and Company Incorporated DBA Kekst CNC
Merchants Advance, LLC
Newmark & Company Real Estate, Inc.
Peak State RE LLC
R-Ace (S) LLC
Triplepoint Capital LLC
Triplepoint Venture Growth BDC Corp.
Western Alliance Bank

**Preferred Stockholder/Stalking Horse Bidder**
Digiatech, LLC

**Real Estate Brokers**
Argonaut
CBRE, Inc.
Colliers International NY LLC
Cushman & Wakefield
DHC Real Estate Services LLC
Douglas Elliman Commercial LLC
JLL
Kidder Mathews of California, Inc.
Newmark Knight Frank
Newmark of Southern California Inc.
Offices iQ
Transwestern Commercial Services, LLC
Vicus Partners LLC
WorkPlace Solutions, LLC

**Region 3 United States Trustee, United States Trustee Office for the District of Delaware (and Key Staff Members)**
Benjamin Hackman
Brendan L. Shannon
Christine Green
David Buchbinder
David Villagrana
Denis Cooke

Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

**Regulatory and Government**
Arvensis Ventures Ltd
Connecticut Secretary of the State
Delaware Secretary of State
Delaware Secretary of the Treasury
Florida Department of State
Illinois Secretary of State
Michigan Secretary of State
Mississippi Secretary of State
New York Secretary of State
North Carolina Secretary of State
Office of the United States Trustee
Securities and Exchange Commission
Texas Secretary of State
Vermont Secretary of State
Virginia Secretary of the Commonwealth

**Secured Creditors**
Digiatech, LLC

**Significant Shareholders (more than 5% of equity)**
California Department of Tax and Fee Administration
Essential Media Group + Essential Capital Shared Spaces Entities (Edward Shenderovich)
Essential Media Group, LLC
Newmark Investor I, LLC
Peak State Limited

PTC Trustees GY Limited, as Trustees of the GYF Trust
Sarva TXT
Sarva TXT, LLC
TSE Knotel 88 LLC

**Significant Vendors/Suppliers**
333 Broadway SF JV LLC
Advanced City Electric Corp.
Advisors LLP
Aecore Inc. (X3 Builders)
AFD Contract Furniture Inc.
All Season Movers, Inc
ALLIANCE BROKERAGE CORP.
Allmodular Systems Inc.
Ambius
AMC Electrical Services, Inc.
Amex P-cards (CBCP)
Amex T&E (IBCP)
Archilogic AG
Architectural Flooring Resources Inc.
Archstone Builders LLC
AV Structural Inc.
Bianca Columbia/City Code Construction
Bisnow LLC
Brex P-cards (CBCP)
CallisonRTKL Architects, PC
CallisonRTKL Inc.
CDW LLC
Colliers International NY LLC
Consolidated Edison
Data Sales Co.
DATA-TELE CONTRACTORS INC.
dba Pace Advertising
DHC Real Estate Services, LLC
Direct Energy Business
DK Construction One Corp.
DocuSign
Donnelly Mechanical Corp
Douglas Elliman Commercial LLC
Eden Technologies Inc.
Edward C. Don & Company
GCI, Inc.
Getty Images
Globe Storage & Moving Co, Inc.
Harvard Maintenance, Inc.
Henderson Engineers, Inc.
Highspot, Inc.
HNY Consulting Engineers, LLC
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
Instant Offices Holdings, Inc

Integrated Companies, Inc.
JDP Design Construction, Inc.
JLL
Jose Luis Cruz Jr.
Kenneth Park Architect PLLC
Kidder Mathews of California, Inc.
LeadIQ
LEGATO BUILDERS, LLC
LINKEDIN Corporation
Looker Data Sciences,Inc.
Matheson
Montroy DeMarco Architecture, LLP
Nationwide General Construction Company
NECO Productions Inc.
NetSuite
New York Business Systems (NYBS)
Newmark Knight Frank
Newmark of Southern California Inc dba
Newmark Knight Frank
NOVO Construction, Inc.
Office Furniture Service, Inc.
Office Resources, Inc.
One Workplace L Ferrari LLC DBA Two
OUTREACH CORPORATION
Patrick Nash Design Inc.
People.ai, Inc.
Phonebooths Inc.
POPPIN INC.
Quality Building Services
Quench USA Inc.
Redwood Property Group, LLC
RINGCENTRAL, INC
Rogan Construction Group, LLC
Rudolph Commercial Interiors, Inc.
Rylko Builders, Inc.
Salesforce.com, Inc.
Silverline
Source Planning & Construction, Inc.
SPK Lewis Construction LLC
Stantec Architecture Inc.
TBro's Renovation INC.
Third Republic Inc
ThomDigital Group LTD
Tinkering Monkey
Transwestern Commercial Services, LLC
Trilegal
Truline Construction Services, Inc.
Vivas Banners & Signs, Inc.
Webpass
WorkPlace Solutions, LLC
Zoom Video Communications, Inc

**Taxing Authorities**
California Franchise Tax Board
City of New York
City of San Francisco
Connecticut Department of Revenue Services
Delaware Department of State, Division of
Corporations
Department of the Treasury, Internal Revenue
Service
Digiatech, LLC
District of Columbia Office of Tax and Revenue
Florida Department of Revenue
Illinois Department of Revenue
Internal Revenue Service
Maryland Department of Assessments and
Taxation
Massachusetts Department of Revenue
Michigan Department of Treasury
Mississippi Department of Revenue
New Hampshire Department of Revenue
Administration
New York Department of Taxation and Finance
North Carolina
State of New Jersey Department of the Treasury,
Division of Taxation
Tennessee Department of Revenue
Texas Comptroller
Vermont Department of Taxes

**UCC Search Results**
Action Carting Environment Service, Inc.
Trinity Capital Fund III, L.P.
TriplePoint Venture Growth BDC Corp., as
Collateral Agent
Western Alliance Bank
Western Alliance Bank, an Arizona Corporation

**United States Bankruptcy Judges in the
District of Delaware**
Christopher S. Sontchi, Chief Judge
John T. Dorsey
Karen B. Owens
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle, Clerk of Court

**Utility Providers**
9Y Media Group GmBH
Allstream
Altice USA

AT&T Mobility
Beanfield Technologies
Bel Air Internet, LLC
Cablevision Lightpath, Inc.
City of Los Angeles, Department of Water and Power
Cogent Communications, Inc.
Comcast
Consolidated Edison
Crown Castle International Corp.
Direct Energy Business
Filco Carting Corp.
Frontier Communications
GPB Waste, NY, LLC d/b/a Five Star Carting
JER Electric Corp.
LA DPW
Level 3 Communications, LLC (CenturyLink)
Lumen Technologies
Metropolitan Paper Recycling
Momentum Telecom
Monkey Brains
NYC Department of Environmental Protection (DEP)
PG&E
Pilot Fiber

Professional Computer Support, Inc.
Rainbow Broadband, Inc
RCN Telecom Services, LLC
Recycle Track Systems, Inc.
Rogers Communications
Skywire Networks
Spectrum 475 Park Avenue Sqr
Spectrum 5 Union SQ
Spectrum 55 W 21st ST FL3
Spectrum Business
Spectrum Business California
Spectrum Enterprise
Spectrum Houston
Spectrum Madison 3FL 25 W 26th
Spectrum Madison 6FL
Spectrum Union 2 2FL
Spectrum Varick 137
Time Warner Cable of NYC
Verizon
Waste Connections, Inc.
Waterlogic USA Inc.
Webpass
Wiline Networks Inc.
Xchange Telecom, LLC
Zayo Group, LLC

## EXHIBIT B

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**

**Current Clients**

**Debtors' Ordinary Course Professionals**
KPMG
O'Melveny & Myers LLP

**Debtors' Professionals**
Ernst & Young LLP
Fenwick & West LLP
Milbank LLP
Morris, Nichols, Arsht & Tunnell LLP

**Affiliates of Current Officers and Directors**
Wafra

**Banking Relationships/Accounts (not including Secured Lenders**
JPMorgan Chase

**Counsel to Digiatec**
Greenberg Taurig

**Customers**



**Insurance/Insurance Provider/Surety Bonds/Underwriters**
Scottsdale Insurance Company
Traveler's
Underwriters at Lloyds
XL Insurance Company

**Lessors**
5 Hanover Square (NY) Owner, LLC
DoorDash, Inc.
Earnest LLC
Neustar, Inc.
RELX, Inc.
Thor 5th Avenue, LLC

**Litigation Counterparties/Pending Lawsuits**
5 Hanover Square (NY) Owner, LLC
Doordash, Inc.
Juul Labs, Inc.
Neustar Inc

**Top Unsecured Creditors**
5 Hanover Square (NY) Owner, LLC
RELX, Inc.

**Official Creditors' Committee Members**
Doordash, Inc.
Neustar, Inc.

**Official Creditors' Committee Members' Attorneys**
Benesch Friedlander Coplan & Aronoff LLP
Cooley LLP
Loeb & Loeb LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

**Official Creditors' Committee Attorneys**
Lowenstein Sandler LLP
Potter Anderson & Corroon LLP

**Other Lenders**

JPMorgan Chase Bank, N.A.

**Real Estate Brokers**
CBRE, Inc.

**Regulatory and Government**
Securities and Exchange Commission

**Significant Vendors/Suppliers**
CallisonRTKL Inc.
Consolidated Edison
Direct Energy Business
GCI, Inc.
Matheson
RINGCENTRAL, INC
Salesforce.com, Inc.

**Taxing Authorities**

City of New York
City of San Francisco

**Utility Providers**
Altice USA
AT&T Mobility
Comcast
Consolidated Edison
Direct Energy Business
Frontier Communications
Level 3 Communications, LLC (CenturyLink)
Lumen Technologies
PG&E
Verizon
Zayo Group, LLC

**Former Clients (Last Two Years)**

**Debtors' Professionals**
Moelis & Company LLC

**Banking Relationships/Accounts (not including Secured Lenders**
Cantor Fitzgerald & Co.

**Bondholders/Noteholders - 2019 NPA Noteholders**
Challenger Universal Limited

**Bondholders/Noteholders - 2020 NPA Noteholders**
Challenger Universal Limited



**Lessors**
Genius Brands International
Teachers Insurance and Annuity Association of America

**Other Significant Parties in Interest**
Newmark & Company Real Estate, Inc.

**Real Estate Brokers**
Cushman & Wakefield
JLL
Newmark Knight Frank

**Significant Vendors/Suppliers**
DocuSign
JLL
Newmark Knight Frank
Zoom Video Communications, Inc

**Taxing Authorities**
Department of the Treasury, Internal Revenue Service
Internal Revenue Service

**Utility Providers**
Waste Connections, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, D. Ryan Slaugh, do hereby certify that on February 23, 2021, a copy of the foregoing **Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 10, 2021** was served on the parties listed on the attached service list via email and first class mail.

*/s/ D. Ryan Slaugh*
D. Ryan Slaugh (No. 6325)

## SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Morris, Nichols, Arsht<br>& Tunnell LLP<br>Robert J. Dehney, Esq.<br>B. Harvey, Esq.<br>Matthew O. Talmo, Esq.<br>Andrew R. Workman, Esq.<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: rdehney@morrisnichols.com<br>      mharvey@morrisnichols.com<br>      mtalmo@morrisnichols.com<br>      aworkman@morrisnichols.com | **VIA EMAIL**<br>Milbank LLP<br>Mark Shinderman, Esq.<br>Daniel B. Denny, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Email: mshinderman@milbank.com<br>      ddenny@milbank.com |
| **VIA EMAIL**<br>11 East 44th Street LLC<br>Attn: Vito Giannola<br>346 Madison Ave, 10th Fl<br>New York, NY 10017 vgiannola@delvholdings.com | **VIA EMAIL**<br>Allen Matkins Leck Gamble Mallory<br>& Natsis LLP<br>Attn: Ivan M. Gold<br>Three Embarcadero Center, 12th Fl<br>San Francisco, California 94111-4074<br>igold@allenmatkins.com |
| **VIA EMAIL**<br>ARC NYC570Seventh, LLC<br>Attn: Michael Anderson<br>AR Global 650 Fifth Ave, 30th Fl<br>New York, NY 10019<br>manderson@ar-global.com | **VIA EMAIL**<br>Armstrong Teasdale LLP<br>Attn: Rafael X. Zahralddin-Aravena<br>300 Delaware Ave, Ste 210<br>Wilmington, DE 19801 rzahralddin@atllp.com |
| **VIA EMAIL**<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Michael L. Bernstein<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>michael.bernstein@arnoldporter.com | **VIA EMAIL**<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Justin Imperato<br>250 W 55th St<br>New York, NY 10019<br>justin.imperato@arnoldporter.com |
| **VIA EMAIL**<br>Ashby & Geddes, PA<br>Attn: Ricardo Palacio<br>500 Delaware Ave, 8th Fl P.O. Box 1150<br>Wilmington, DE 19899-1150<br>rpalacio@ashbygeddes.com | **VIA EMAIL**<br>Ballard Spahr LLP<br>Attn: Leslie C. Heilman<br>Attn: Laurel D. Roglen<br>919 N. Market Street, 11th Fl<br>Wilmington, DE 19801-3034<br>heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |

| | |
|---|---|
| **VIA EMAIL**<br>Belkin Burden Goldman, LLP<br>Attn: Jay B. Solomon<br>Attn: Brian Bendy<br>270 Madison Ave<br>New York, NY 10016 jsolomon@bbgllp.com<br>bbendy@bbgllp.com | **VIA EMAIL**<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>Attn: Jennifer R. Hoover Attn: John C. Gentile<br>1313 N Market St, Ste 1201 Wilmington, DE<br>19801 jhoover@beneschlaw.com<br>jgentile@beneschlaw.com |
| **VIA EMAIL**<br>Benesch, Friedlander, Coplan & Aronoff LLP Attn:<br>Sven T. Nylen<br>71 S Wacker, Ste 1600<br>Chicago, IL 60606<br>snylen@beneschlaw.com | **VIA EMAIL**<br>Bobrow & Rosen<br>Attn: John E. Silverman<br>40 East 69th St<br>New York, NY 10021<br>john@rosengroupinc.com |
| **VIA EMAIL**<br>Charles E. Boulbol PC<br>Attn: Charles E. Boulbol<br>26 Broadway, 17th Fl<br>New York, NY 10004<br>rtrack@msn.com | **VIA EMAIL**<br>Cross & Simon, LLC<br>Attn: Kevin S. Mann<br>1105 N. Market St, Ste 901<br>Wilmington, DE 19801 csimon@crosslaw.com<br>kmann@crosslaw.com |
| **VIA FIRST CLASS MAIL**<br>Delaware Secretary of State<br>Attn: Division of Corporations<br>John G. Townsend Building<br>401 Federal St, Ste 4<br>Dover, DE 19901 | **VIA FIRST CLASS MAIL**<br>Delaware Secretary of the Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| **VIA EMAIL**<br>DoorDash, Inc.<br>Attn: Joseph Fazioli<br>303 2nd St, S Twr, 8th Fl<br>San Francisco, CA 94107<br>jfazioli@doordash.com | **VIA EMAIL**<br>Eden Technologies Inc.<br>Attn: Joe DuBey<br>54 Gilbert St<br>San Francisco, CA 94103<br>joe@eden.io. |
| **VIA EMAIL**<br>Elkins Kalt Weintraub Reuben Gartside LLP Attn:<br>Michael I. Gottfried<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064<br>mgottfried@elkinskalt.com | **VIA EMAIL**<br>Greenberg Traurig, LLP<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>melorod@gtlaw.com |
| **VIA EMAIL**<br>Greenberg Traurig, LLP<br>MetLife Building<br>Attn: Heath B. Kushnick<br>200 Park Ave<br>New York, NY 10166<br>kushnickh@gtlaw.com | **VIA EMAIL**<br>Hopkins & Carley, ALC<br>Attn: Stephen J. Kottmeier<br>Attn: Jay Michael Ross<br>Attn: Monique D. Jewett-Brewster<br>70 S 1st St<br>San Jose, CA 95113<br>sjk@hopkinscarley.com<br>jross@hopkinscarley.com<br>mjb@hopkinscarley.com |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **VIA EMAIL**<br>Itkowitz PLLC<br>Attn: Jay B. Itkowitz<br>The Pioneer Building<br>41 Flatbush Ave, 1st FL<br>Brooklyn, NY 11217<br>jitkowitz@itkowitz.com |
| **VIA EMAIL**<br>Jack Shrum, PA<br>Attn: "J" Jackson Shrum<br>919 N. Market St, Ste 1410<br>Wilmington, DE 19801<br>Jshrum@jshrumlaw.com | **VIA EMAIL**<br>Jaspan Schlesinger LLP<br>Attn: Sophia A. Perna-Plank<br>300 Garden City Plaza, 5th Fl<br>Garden City, NY 11530<br>spernaplank@jaspanllp.com |
| **VIA EMAIL**<br>Jaspan Schlesinger LLP<br>Attn: Steven R. Schlesinger<br>300 Garden City Plaza, 5th Fl<br>Garden City, NY 11530<br>sschlesinger@jaspanllp.com | **VIA EMAIL**<br>Klestadt Winters Jureller Southard<br>& Stevens, LLP<br>Attn: Tracy L. Klestadt<br>200 W 41st St, 17th Fl<br>New York, NY 10036<br>tklestadt@klestadt.com |
| **VIA EMAIL**<br>Loeb & Loeb LLP<br>Attn: Daniel B. Besikof; Attn: Vadim J. Rubinstein<br>Attn: Evan Farber; Attn: Jordan Meddy<br>345 Park Ave<br>New York, NY, 10154<br>dbesikof@loeb.com<br>vrubinstein@loeb.com<br>efarber@loeb.com<br>jmeddy@loeb.com | **VIA EMAIL**<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>and Popeo, PC<br>Attn: Paul J. Ricotta<br>Attn: Francis J. Earley<br>Chrysler Center<br>666 Third Ave<br>New York, NY 10017<br>PJRicotta@mintz.com<br>FEarley@mintz.com |
| **VIA EMAIL**<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>and Popeo, PC<br>Attn: Timothy J. McKeon<br>One Financial Center<br>Boston, MA 02111<br>TJMcKeon@mintz.com | **VIA EMAIL**<br>Neustar, Inc.<br>Attn: Kevin Hughes<br>Administrative Services, LLC<br>21575 Ridgetop Circle<br>Sterling, VA 20166<br>kevin.hughes@team.neustar |
| **VIA EMAIL**<br>Nossaman LLP<br>Attn: Allan H. Ickowitz<br>777 S Figueroa St, 34th Fl<br>Los Angeles, CA 90017<br>aickowitz@nossaman.com | **VIA EMAIL**<br>Office of the U.S. Trustee<br>Attn: T. Patrick Tinker<br>Attn: Joseph James McMahon, Jr.<br>844 King St, Ste 2207 Lockbox 35 Wilmington ,<br>DE 19801 Thomas.P.Tinker@usdoj.gov<br>joseph.mcmahon@usdoj.gov |

| | |
|---|---|
| **VIA EMAIL**<br>One Workplace L Ferrari, LLC<br>Attn: Mona Heffernan<br>2500 de la Cruz Blvd<br>Santa Clara, CA 95050<br>mheffernan@oneworkplace.com | **VIA EMAIL**<br>Otterbourg PC<br>Attn: William M. Silverman<br>Attn: Peter Feldman<br>230 Park Ave<br>New York, NY 10169<br>wsilverman@otterbourg.com<br>pfeldman@otterbourg.com |
| **VIA EMAIL**<br>Pahl & McCay, PLC<br>Attn: Catherine Schlomann Robertson<br>225 W Santa Clara St, Ste 1500<br>San Jose, CA 95113-1752<br>crobertson@pahl-mccay.com | **VIA EMAIL**<br>Polsinelli PC<br>Attn: Shanti M. Katona<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 skatona@polsinelli.com |
| **VIA EMAIL**<br>Rivkin Radler LLP<br>Attn: Matthew V. Spero<br>926 RXR Plaza<br>Uniondale, NY 11556-0926<br>matthew.spero@rivkin.com | **VIA FIRST CLASS MAIL**<br>Securities and Exchange Commission<br>100 F St, NE<br>Washington, DC 20549 |
| **VIA FIRST CLASS MAIL**<br>Securities and Exchange Commission<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl 200 Vesey St, Ste 400<br>New York, NY 10281-1022 | **VIA EMAIL**<br>SSL Law Firm LLP<br>Attn: Ivo Keller<br>505 Montgomery St, Ste 620<br>San Francisco, CA 94111<br>ivo@ssllawfirm.com |
| **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Amy A. Zuccarello<br>One Post Office Square<br>Boston, MA 02109 azuccarello@sullivanlaw.com | **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Jeffrey R. Gleit<br>Attn: Allison Weiss<br>1633 Broadway<br>New York, NY 10019 jgleit@sullivanlaw.com<br>aweiss@sullivanlaw.com |
| **VIA EMAIL**<br>Sullivan & Worcester LLP<br>Attn: Jeffrey Gleit<br>1633 Broadway<br>New York, NY 10019<br>jgleit@sullivanlaw.com | **VIA EMAIL**<br>Sullivan, Hazeltine, Allinson LLC<br>Attn: Elihu E. Allinson, III<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br>zallinson@sha-llc.com |
| **VIA EMAIL**<br>The Rosner Law Group LLC<br>Attn: Jason A. Gibson<br>824 N. Market St, Ste 810<br>Wilmington, DE 19801<br>gibson@teamrosner.com | **VIA EMAIL**<br>The Rosner Law Group LLC<br>Attn: Frederick B. Rosner<br>Attn: Jason A. Gibson<br>824 N. Market St, Ste 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>gibson@teamrosner.com |

| **VIA EMAIL**<br>United Group LLC<br>Attn: Roni Mova<br>165 Madison Ave, Ste 300<br>New York, NY 10016<br>roni@unitedgroupnyc.com | |

7056353