**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 114** |

**ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL**
**PORTIONS OF THEIR CREDITOR MATRIX AND OTHER FILINGS**
**CONTAINING CERTAIN CONFIDENTIAL COMMERCIAL INFORMATION**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order, as more fully described in the Motion, pursuant to sections 105(a) and 107(b)–(c) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d) authorizing the Debtors to file the Sealed Filings under seal; and adequate notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interests of the Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

[2] Capitalized terms used but not defined herein are defined in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 107(b)–(c) of the Bankruptcy Code and Local Rule 9018-1(d), the Debtors are authorized to seal portions of the Sealed Filings.

3. The Sealed Filings shall remain under seal and not be made available to anyone, except that unredacted copies shall be provided to this Court, the U.S. Trustee, and others upon further Court order. Each party receiving an unredacted copy of the Sealed Filings shall keep such information confidential.

4. To the extent any party provided with an unredacted copy of the Sealed Filings files any responsive pleading or other pleadings relating to the Motion, such party shall redact from its pleadings any confidential or identifying information.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 24th, 2021
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE