# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING THE NEW SCHOOL'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Upon consideration of *The New School's Motion for Allowance and Payment of Administrative Claim under 11 U.S.C. §§ 365(d)(3) and 503(b)(1)* (the "Motion"), and due and adequate notice of the Motion having been given; and due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** in all respects.

2. New School is entitled to an Administrative Claim[1] in the amount of $192,833.33.

3. The Debtors are instructed to remit payment in full on the Effective Date.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] All capitalized terms not defined herein shall take on the meaning ascribed in the Motion.

57944351;1