### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | (Jointly Administered) |

### <u>AFFIDAVIT OF FIFTH SUPPLEMENTAL SERVICE</u>

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 20, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Bar Dates for Filing Prepetition Claims and Administrative Claims[2]**

- **Individualized Official Form 410 – Proof of Claim**

Dated: May 24, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California           }
{                              } ss.
{County of Los Angeles         }

Subscribed and sworn to (or affirmed) before me on this 24th day of May _____, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The location of Debtor Knotel, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 5-9 Union Square West, New York, NY 10003.

[2] A copy of the Notice is attached as **Exhibit B**.

# EXHIBIT A

**EXHIBIT A**
**Service List**
**Served as stated below**

| Description | Creditor | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| Supplemental Party | Apricot Consulting | CBD Level 17, 31 Queen Street | Melbourne, Victoria 3000, AU | john.crozier-durham@monash.edu; derek.linsell@apricotconsulting.us | Email First Class Mail |
| Supplemental Party | BAM Communications | 145 6th Avenue, Suite 4D | New York, NY 10012 | rebecca@bamcommunications.biz; kathleen.osborne@bamcommunications.biz | Email First Class Mail |
| Supplemental Party | Brooklyness Inc. | 368 Broadway Ave | New York, NY 10013 | manuel@brooklyness.com | Email First Class Mail |
| Supplemental Party | Bukola Aré | | | bukola@ofakindcreatives.com | Email First Class Mail |
| Supplemental Party | Burrow | 15 W 27th Street, 7th Floor | New York, NY 10001 | burrowinc@bill.com; kabeer.chopra@burrow.com | Email First Class Mail |
| Supplemental Party | Calliope Studios, Inc | 333 Rector Place, Suite 1111 | New York, NY 10028 | jdb@calliopestudios.com | Email First Class Mail |
| Supplemental Party | Chronos Capital LLC | 244 Fifth Avenue | New York, NY 10001 | clynders@oxfordvp.com; sanjay.gandhi@mac.com | Email First Class Mail |
| Supplemental Party | CoverWallet, Inc | 1410 Broadway, 8th Floor | New York, NY 10018 | finance@coverwallet.com; pedro.sanudo@coverwallet.com | Email First Class Mail |
| Supplemental Party | CPARE LLC | 145 AVENUE OF THE AMERICAS | NEW YORK, NY 10013 | alexis.g.lloyd@gmail.com | Email First Class Mail |
| Supplemental Party | Cross River Bank / Almond Bank | 400 Kelby St., 14th Floor | Fort Lee, NJ 07024 | ggade@crossriverbank.com; eshvartsman@crossriverbank.com | Email First Class Mail |
| Supplemental Party | Crowd DNA Inc | The Yard, 33 Nassau Ave | Brooklyn, NY 11222 | h.jones@crowddna.com | Email First Class Mail |
| Supplemental Party | Crunchy Data | 115 Broadway, 7th Floor | New York, NY 10006 | dana.mariano@crunchydata.com; jonathan.katz@crunchydata.com | Email First Class Mail |
| Supplemental Party | Designed by Carlos, Inc | 40 Water Street, Floor 4 | New York, NY 10004 | carlos@studiodbc.com | Email First Class Mail |
| Supplemental Party | Edamam LLC | 116 West 23rd Street, Suite 500 | New York, NY 10011 | victor@edamam.com | Email First Class Mail |
| Supplemental Party | Fort Pelican Inc | 7 S. Portland Ave | Brooklyn, NY 11217 | rubymatt@gmail.com | Email First Class Mail |
| Supplemental Party | Future Laboratories LLC | 124 Lone Wolf Drive | Madison, MS 39110 | invoices@future.com | Email First Class Mail |
| Supplemental Party | GC Marketing | 475 Park Avenue South | New York, NY 10016 | accounting@gcmarketingservices.com; shazia@gcmarketingservices.com | Email First Class Mail |
| Supplemental Party | James Slezak (Swayable) | 228 Park Ave S., PMB 77581 | New York, NY 10003-1502 | swayable1@bill.com; erica@swayable.com | Email First Class Mail |
| Supplemental Party | LingoLive | 575 Market Street, 4th Floor | San Francisco, CA 94105 | tyler@lingolive.com; alex@lingolive.com | Email First Class Mail |
| Supplemental Party | Mulberry Management Corp | 75 Varick Street, 5th Floor | New York, NY 10013 | payables@hioscar.com | Email First Class Mail |
| Supplemental Party | New Engen Inc | 28 West 23rd Street, 11th Fl. | New York, NY 10010 | accountspayable@newengen.com; jon@newengen.com | Email First Class Mail |
| Supplemental Party | Nicole  Martinez | 636 Avenue of the Americas | New York, NY 10011 | nmartinez@dcg.co; nicole@dcg.co | Email First Class Mail |
| Supplemental Party | Oxford Valuation | 244 Fifth Avenue, Manhattan | New York, NY 10001 | clynders@oxfordvp.com; sgandhi@oxfordvp.com | Email First Class Mail |
| Supplemental Party | Prelude Fertility Inc | 1100 Johnson Ferry Road Northeast | Atlanta, GA 30342 | kim@preludefertility.com; kat.stillman@preludefertility.com | Email First Class Mail |
| Supplemental Party | QOL Meds, LLC | 3405 Ocean Drive, | Vero Beach, FL 32963 | ap@genoahealthcare.com | Email First Class Mail |
| Supplemental Party | Radar Labs, Inc. | 20 Jay Street, Suite 704 | Brooklyn, NY 11201 | | Email First Class Mail |
| Supplemental Party | Remerge Inc | One Boston Place, Suite 2600 | Boston, MA 02108 | perla.villanueva@hullspeedassociates.com; michael@remerge.io | Email First Class Mail |
| Supplemental Party | Templafy LLC | One World Trade Center, 60th Floor | New York NY 10007 | finance@templafy.com; edy@templafy.com | Email First Class Mail |
| Supplemental Party | Theresa Yu | | | Email Address Redacted | Email |
| Supplemental Party | Tracy David | | | Email Address Redacted | Email |
| Supplemental Party | TresseNoire | 400 Lodges Lane | Elkins Park, PA 19027 | Regina@TresseNoire.com | Email First Class Mail |
| Supplemental Party | Trust Insight, Inc | 336 W 37th St. | New York, NY 10018 | alex@thetrustedinsight.com | Email First Class Mail |

## **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF BAR DATES FOR FILING PREPETITION CLAIMS AND ADMINISTRATIVE CLAIMS**

On January 31, 2021 (the "Petition Date"),[2] the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware (the "Court"). On April 1, 2021, the Court entered an order (the "Bar Date Order") (D.I. 1014) establishing deadlines for filing certain prepetition claims and administrative expense claims in the Debtors' chapter 11 cases.

You are receiving this notice because you may not have received notice of the aforementioned deadlines. Accordingly, the Debtors will agree to accept as timely any proof of claim or administrative expense claim submitted by the following deadlines:

(i) **June 21, 2021, 5:00 p.m. prevailing Eastern Time** as the deadline (the "General Bar Date") to file a proof of claim in respect of any prepetition claim against any of the Debtors, including, without limitation, any secured claim, unsecured claim, priority claim, or claim asserted under section 503(b)(9) of the Bankruptcy Code for goods delivered and received by any of the Debtors within 20 days of the Petition Date;

(ii) **June 21, 2021, 5:00 p.m. prevailing Eastern Time** as the deadline (the "Administrative Claim Bar Date") to file a request to allow any unpaid administrative expense claim (each, an "Administrative Claim") against any of the Debtors arising on or after the Petition Date and through and including April 5, 2021, unless otherwise provided in Bar Date Order;

(iii) the later of (i) the General Bar Date and (ii) 5:00 p.m. prevailing Eastern Time on the date that is thirty (30) days following service of an order approving rejection of an executory contract or unexpired lease of the Debtors as the deadline for asserting a claim for damages against any of the Debtors arising from such rejection to file a proof of claim on account of such damages;

(iv) the later of (i) the General Bar Date and (ii) 5:00 p.m. prevailing Eastern Time on the date that is thirty (30) days following service of notice of an amendment to the Debtors' schedules of assets and liabilities (the "Schedules") as the deadline for an entity whose claim is affected by such amendment to file, amend, or supplement a proof of claim with respect to such claim.

**Consult the Bar Date Order for Details on Who Must File a Claim.** Consult the Bar Date Order for additional details on whether you are required to file a proof of claim or request for allowance of an Administrative Claim. Copies of the Bar Date Order, the Schedules and other documents and information regarding the Debtors' chapter 11 cases are available free of charge at https://omniagentsolutions.com/knotel.

**Instructions for Filing Proofs of Claim for Prepetition Claims.** Any person or entity asserting a prepetition claim against the Debtors **MUST** abide by the following procedures and requirements in preparing and filing proofs of

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

[2]    The "Petition Date" for Knotel Canada, Inc., is March 8, 2021.

claim: (i) proofs of claim must be (a) submitted on the enclosed claim form or Official Form B410 and (b) written in the English language, denominated in U.S. dollars, specify the name and case number of the Debtor against whom the claim is asserted, set forth the legal and factual bases for the claim, include supporting documentation or an explanation for why supporting documentation is not available, and be signed under penalty of perjury by the claimant or the claimant's attorney or authorized agent; and (ii) if the claimant asserts a claim or claims against more than one Debtor, the claimant must file a separate proof of claim against each applicable Debtor.

A proof of claim may be filed electronically at https://omniagentsolutions.com/knotel-claims using the interface available after clicking the link entitled "Submit a Proof of Claim". If filed by hardcopy, an original, signed copy of the proof of claim must be sent to Knotel, Inc., c/o Omni Agent Solutions, Claims Processing 5955 De Soto Ave, Suite 100, Woodland Hills, CA 91367.

A claim must be submitted **so as to be actually received** on or before the applicable Bar Date. Proofs of claim sent by means other than as described above will not be accepted.

**Instructions for Filing Administrative Claims.** Any person or entity filing a request for allowance of an Administrative Claim against the Debtors **MUST** abide by the following procedures and requirements: any request for allowance of an Administrative Claim must (i) contain and be filed under the case caption and on the docket of these jointly administered cases either by electronic filing through CM/ECF by the Administrative Claim Bar Date, or, if filed other than by CM/ECF, be filed sufficiently in advance so as to actually appear on the Court's docket by the Administrative Claim Bar Date and (ii) be written in the English language, denominated in U.S. dollars, specify the name and case number of the Debtor against whom the claim is asserted, set forth the legal and factual bases for the claim, include supporting documentation or an explanation for why supporting documentation is not available, and be signed under penalty of perjury by the claimant or the claimant's attorney or authorized agent.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THE DEBTORS BELIEVE YOU HAVE A CLAIM. ANY PERSON OR ENTITY REQUIRED TO TIMELY FILE A PROOF OF CLAIM OR A REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM ON OR BEFORE THE APPLICABLE BAR DATE, BUT FAILS TO DO SO SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING AND DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM OR ADMINISTRATIVE CLAIM.**

**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS NOTICE, EXCEPT FOR THE EXTENSION OF THE DEADLINES AS SET FORTH ABOVE, NOTHING IN THIS NOTICE SHALL MODIFY ANY OF THE PROVISIONS OR REQUIREMENTS SET FORTH IN THE BAR DATE ORDER.**

If you have any questions relating to this notice, please contact the Debtors' notice and claims agent, Omni, at 866-771-0565 (toll-free) or by email at knotelinquiries@omniagnt.com.

Dated: May 20, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                MILBANK LLP

*/s/ Matthew O. Talmo*                                        Mark Shinderman (admitted *pro hac vice*)
Robert J. Dehney (No. 3578)                                Daniel B. Denny (admitted *pro hac vice*)
Matthew B. Harvey (No. 5186)                            2029 Century Park East, 33rd Floor
Tamara K. Mann (No. 5643)                                Los Angeles, CA 90067
Matthew O. Talmo (No. 6333)                            Telephone: (424) 386-4000
Eric W. Moats (No. 6441)                                    Facsimile: (213) 629-5063
1201 N. Market Street, 16th Floor                      Email: mshinderman@milbank.com
P.O. Box 1347                                                              ddenny@milbank.com
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  rdehney@morrisnichols.com
            mharvey@morrisnichols.com

tmann@morrisnichols.com
mtalmo@morrisnichols.com
emoats@morrisnichols.com

*Counsel to Debtors and Debtors in Possession*