# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Knotel, Inc., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 1154** |

### ORDER EXTENDING THE EXCLUSIVE PERIODS
### DURING WHICH ONLY THE DEBTORS MAY FILE A
### CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 1121(d) of the Bankruptcy Code and Local Rule 9006-2, extending the exclusive period during which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") by 90 days through and including August 30, 2021, and extending the period during which the Debtors have the exclusive right to solicit acceptances (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") by 90 days through and including October 28, 2021; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

[2] Capitalized terms not defined herein are defined in the Motion.

-2-

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period is hereby extended through and including August 30, 2021, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Exclusive Solicitation Period is hereby extended through and including October 28, 2021, pursuant to section 1121(d) of the Bankruptcy Code.

4. This Order is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 8th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE