**EXHIBIT B**
**(Saltzman Declaration)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KNOTEL, INC., *et al.*, | Case No. 21-10146 (MFW) |
| Debtors.¹ | Jointly Administered |

### DECLARATION OF ADAM SALTZMAN IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (I) INVALID 503(B)(9) CLAIMS AND (II) <u>MISCLASSIFIED CLAIMS</u>

Pursuant to 28 U.S.C. § 1746, I, Adam Saltzman, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a Director at FTI Consulting, Inc. ("**FTI**"), financial advisors retained by the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 cases of the above captioned debtors and debtors-in-possession (the "**Debtors**").

2. This declaration (this "**Declaration**") is submitted in support of the *Official Committee of Unsecured Creditor's First Omnibus (Substantive) Objection to Certain (I) Invalid 503(b)(9) Claims and (II) Misclassified Claims* (the "**Objection**") filed contemporaneously herewith.²

3. Except as otherwise indicated, all statements in this Declaration are based upon my review (or the review of persons under my supervision) of the books and records provided to me

---

¹ A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("**PACER**") account, which may be obtained at https://pacer.uscourts.gov. The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

² All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Objection.

by the Debtors and the Debtors' professionals or representatives, the Schedules and Statements filed in these Cases, the relevant proofs of claim, and the Claims Register, as well as relevant documents and other information prepared or collected by the Debtors' or the Committee's representatives and professionals. In making my statements, I have relied upon these parties accurately recording, preparing or collecting such documentation and other information.

4. In preparing this Declaration I, or persons under my supervision, have reviewed the Claims Register maintained by the Debtors' court-appointed claims agent, Omni Agent Solutions, Inc., which contains the record of all parties that filed proofs of claim in connection with these Chapter 11 Cases.

5. I, along with other professionals of the Committee, have reviewed each of the Disputed Claims listed on Schedules 1 and 2 to the Proposed Order, as well as any supporting documentation annexed to each of the Disputed Claims, to determine the bases upon which liability was asserted against the Debtors.

    A.    **Invalid 503(b)(9) Claims**

6. Upon review of the Invalid 503(b)(9) Claims set forth on Schedule 1 and the supporting documentation submitted therewith, I have determined that each such claim is not based on the delivery of goods received by the Debtors within twenty days prior to the date of commencement of these Chapter 11 Cases. Based on the foregoing, I believe that the Invalid 503(b)(9) Claims do not qualify for treatment under Section 503(b)(9) of the Bankruptcy Code and should be modified and reclassified as set forth on Schedule 1 to the Proposed Order.

    B.    **Misclassified Claims**

7. Upon review of the Misclassified Claims and the supporting documentation submitted therewith, I have determined that each Misclassified Claim on Schedule 2 was filed

incorrectly as an administrative and/or priority claim and should instead be classified as a general unsecured claim. Based on the foregoing, I believe that the Misclassified Claims do not qualify for administrative or priority treatment and should be modified and reclassified as set forth on Schedule 2 to the Proposed Order.

      The information contained in the Objection and in the Schedules attached to the Proposed Order is true and correct to the best of my knowledge, information and belief.

      I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Dated: June 24, 2021            /s/ *Adam Saltzman*
                                   Adam Saltzman
                                   Director, FTI Consulting Inc.
                                   *Financial Advisors to the Official Committee of Unsecured Creditors*