## **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KNOTEL, INC., *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 21-10146 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_** |

## ORDER SUSTAINING SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS, (II) AMENDED CLAIMS, AND (III) LATE FILED CLAIMS

Upon the objection (the "**Objection**") the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases of the above captioned debtors and debtors-in-possession (the "**Debtors**"), pursuant to sections 105 and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1, to certain proofs of claim filed by the claimants (the "**Claimants**") listed on Schedule 1 (the "**Duplicate Claims**"), Schedule 2 (the "**Amended Claims**"), and Schedule 3 (the "**Late Filed Claims**" and collectively with the Duplicate Claims and Amended Claims, the "**Disputed Claims**") hereto; and this Court having reviewed the Objection and the Saltzman Declaration; and this Court having determined that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and this Court having jurisdiction to consider the Objection and the relief

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("**PACER**") account, which may be obtained at https://pacer.uscourts.gov. The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and upon all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. Each of the Duplicate Claims listed in the column titled "Duplicate Claim to be Disallowed" on the attached Schedule 1 is disallowed and expunged in its entirety. The claims listed under the column titled "Remaining Claim" on the attached Schedule 1 shall remain on the Claims Register, unless such Remaining Claim is otherwise disallowed by this Order or another Order of this Court, subject the Debtors', the Committee's, or any other parties' further objections on any substantive or non-substantive grounds.

4. The Amended Claims listed under the column titled "Amended Claim to be Disallowed" on the attached Schedule 2 are disallowed and expunged in their entirety. The claims listed under the column titled "Remaining Claim" on the attached Schedule 2 shall remain on the Claims Register, unless such Remaining Claims are otherwise disallowed by this Order or another

order of this Court, subject to the Debtors', the Committee's, or any other parties' further objections on any substantive or non-substantive grounds.

5.  The Late Filed Claims listed on the attached Schedule 3 are disallowed and expunged in their entirety.

6.  Notwithstanding Local Delaware Bankruptcy Rule 3007-1(f)(iii), the rights of the Debtors, the Committee, or any other party to: (i) file subsequent objections to any claims listed on any of the Schedules annexed hereto on any ground, substantive or non-substantive (as permitted by the Court); (ii) amend, modify or supplement the Objection, including, without limitation, filing objections to further amended or newly-filed claims; (iii) seek to expunge or reduce any claim to the extent all or a portion of such claim has been paid; and (iv) settle any claim for less than the asserted amount, are expressly preserved. Additionally, should one or more of the grounds of objection stated in the Objection be overruled, the Debtors', the Committee's, and any other parties' rights to object to the remaining Claims on any other grounds are preserved. For the avoidance of doubt, leave from the requirements of Local Delaware Bankruptcy Rule 3007-1(f)(iii) is hereby granted.

7.  The objection to each claim, as addressed in the Objection and as set forth in the attached Schedules, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate order with respect to each such claim that is the subject of the Objection. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

8. Omni is authorized and directed to modify the Claims Register to comport with the relief granted by this Order.

9. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors, the Committee, or any other party may have to enforce rights of setoff against the claimants.

10. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

# SCHEDULE 1

**Duplicate Claims**

# SECOND OMNIBUS CLAIMS OBJECTION
## SCHEDULE 1

**KNOTEL, INC., ET AL., CASE NO. 21-10146 (MFW)**
**DUPLICATE CLAIMS**

| | NAME OF CLAIMANT | DEBTOR | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | REMAINING CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | Creditor 4980 | Knotel, Inc. | 61 | 78 | $14,503.48 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 2 | Design Within Reach, Inc. | Knotel, Inc. | 26 | 66 | $11,626.11 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 3 | FILCO CARTING CORP | Knotel, Inc. | 18 | 19 | $431.15 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 4 | FULLSTREAM, LLC | Knotel, Inc. | 347 | 349 | $34,000.00 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 5 | Life Insurance Company of North America | Knotel, Inc. | 247 | 355 | $102,175.20 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | New York Life Group Insurance of NY, f/k/a Cigna Life Insurance Company of New York | Knotel, Inc. | 251 | 354 | $48,721.63 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 7 | Project Tactical Solutions, LLC | Knotel, Inc. | 158 | 12 | $9,135.00 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 8 | STEPPING STONE CONSTRUCTION MANAGEMENT, INC. | Knotel, Inc. | 77 | 170 | $12,982.00 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |
| 9 | Trextel LLC | Knotel, Inc. | 46 | 226 | $15,390.00 | Claimant filed multiple claims for the same liability and the liability included in the claim noted in the column "Duplicate Claim to be Disallowed" is duplicative of the claim in the column "Remaining Claim Number."  The Duplicate Claim should be disallowed and expunged in its entirety. |

## SCHEDULE 2

**Amended Claims**

# SECOND OMNIBUS CLAIMS OBJECTION
## SCHEDULE 2

**KNOTEL, INC., ET AL., CASE NO. 21-10146 (MFW)**
**AMENDED CLAIMS**

| | NAME OF CLAIMANT | DEBTOR | REMAINING CLAIM NUMBER | AMENDED CLAIM TO BE DISALLOWED | REMAINING CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AllModular Systems, Inc. | Knotel, Inc. | 215 | 72 | $390,370.52 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 2 | Creditor 4990 | Knotel, Inc. | 161 | 148 | $49,400.00 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 3 | Connecticut Department of Revenue Services | Knotel, Inc. | 352 | 224 | $565.00 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 4 | Connecticut Department of Revenue Services | Knotel, Inc. | 353 | 352 | $565.00 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 5 | G & S Realty 1, LLC | Knotel, Inc. | 142 | 56 | $1,731,458.81 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 6 | Legato Builders, LLC | Knotel, Inc. | 113 | 9 | $570,183.60 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 7 | Level 3 Communications, LLC a CenturyLink Company | Knotel, Inc. | 345 | 217 | $66,053.11 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 8 | Neco Productions Inc. | Knotel, Inc. | 141 | 140 | $60,000.00 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Neco Productions Inc. | Knotel, Inc. | 146 | 140 | $60,000.00 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 10 | New York State Department of Taxation and Finance | Knotel, Inc. | 121 | 67 | $1,415,326.67 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 11 | Quench USA | Knotel, Inc. | 15 | 14 | $94,751.69 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |
| 12 | Trulijune Construction Services, Inc. | Knotel, Inc. | 340 | 8 | $39,052.89 | Claimant filed an amended claim for the same liability which superseded the original claim. The amended claim should be disallowed and expunged in its entirety. |

2

## **SCHEDULE 3**

**Late Filed Claims**

# SECOND OMNIBUS CLAIMS OBJECTION
## SCHEDULE 3

**KNOTEL, INC., ET AL., CASE NO. 21-10146 (MFW)**
**LATE FILED CLAIMS**

| | NAME OF CLAIMANT | DEBTOR | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | 71 VISUALS | Knotel, Inc. | 5/10/2021 | 339 | $49,177.76 | Claim filed after applicable Bar Date. |
| 2 | Arlo Technologies, Inc. | Knotel, Inc. | 5/6/2021 | 359 | $36,000.00 | Claim filed after applicable Bar Date. |
| 3 | CHL ELECTRICAL CONTRACTORS INC | Knotel, Inc. | 5/17/2021 | 342 | $1,409.93 | Claim filed after applicable Bar Date. |
| 4 | David Shapiro | Knotel, Inc. | 5/7/2021 | 336 | $8,000.00 | Claim filed after applicable Bar Date. |
| 5 | FULLSTEAM, LLC | Knotel, Inc. | 5/27/2021 | 347 | $34,000.00 | Claim filed after applicable Bar Date. |
| 6 | FULLSTEAM, LLC | Knotel, Inc. | 5/27/2021 | 349 | $34,000.00 | Claim filed after applicable Bar Date. |
| 7 | Jacqueline Keeley | Knotel, Inc. | 6/4/2021 | 350 | $1,796.00 | Claim filed after applicable Bar Date. |
| 8 | Maxair Mechanical, LLC | Knotel, Inc. | 5/27/2021 | 344 | $5,737.39 | Claim filed after applicable Bar Date. |
| 9 | Nelson Orellana | Knotel, Inc. | 6/7/2021 | 351 | $15,000,000.00 | Claim filed after applicable Bar Date. |
| 10 | OMNIDEK, INC | Knotel, Inc. | 5/7/2021 | 338 | $4,350.00 | Claim filed after applicable Bar Date. |
| 11 | RUDOLPH COMMERCIAL INTERIORS, INC. | Knotel, Inc. | 5/27/2021 | 348 | $168,777.38 | Claim filed after applicable Bar Date. |
| 12 | Stantec Architecture Inc. | Knotel, Inc. | 5/24/2021 | 343 | $413,743.42 | Claim filed after applicable Bar Date. |
| 13 | Torys LLP | Knotel, Inc. | 5/21/2021 | 341 | $19,330.62 | Claim filed after applicable Bar Date. |