# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KNOTEL, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10146 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 1259** |

## NOTICE OF (I) ENTRY OF CONFIRMATION ORDER; (II) OCCURRENCE OF EFFECTIVE DATE AND (III) DEADLINE FOR REQUESTS FOR PAYMENT

1. **Confirmation and Occurrence of Effective Date.** On June 29, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") confirmed the *Joint Combined Second Amended Chapter 11 Plan of Liquidation and Disclosure Statement of Knotel, Inc. and Certain Affiliate Debtors* (the "**Combined Plan and Disclosure Statement**"), which was attached as Exhibit A to the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of Disclosures on a Final Basis and (II) Confirming the Joint Combined Second Amended Chapter 11 Plan of Liquidation for Knotel, Inc. and Certain Affiliate Debtors* [D.I. 1259] (the "**Confirmation Order**").[2] The Effective Date, as defined in the Combined Plan and Disclosure Statement, occurred on June 30, 2021 at 11:59 p.m. The release, exculpation, and injunction provisions of the Combined Plan and Disclosure Statement are now in full force and effect.

2. **Professional Fee Claims**.

   a) *Final Fee Applications*. All final requests for payment of Professional Fee Claims must be filed no later than **August 2, 2021**. After notice and, if necessary, a hearing in accordance with the procedures established by the Bankruptcy Code, the Bankruptcy Rules and prior orders of the Bankruptcy Court, the Allowed amounts of such Professional Fee Claims shall be determined by the Bankruptcy Court.

   b) *Post-Effective Date Retention*. Upon the Effective Date, any requirement that Professionals comply with sections 327 through 331 of the Bankruptcy Code in seeking

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov. The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Combined Plan and Disclosure Statement.

retention or compensation for services rendered after the Effective Date shall terminate, and the Liquidating Trustee shall be permitted to employ and pay professionals in accordance with the Combined Plan and Disclosure Statement and Liquidating Trust Agreement.

3.  **Administrative Expense Claims**.  Except as otherwise provided in the Combined Plan and Disclosure Statement or as set forth in Article V of the Combined Plan and Disclosure Statement, the last date for the filing by any Person of any motion or application for allowance of an Administrative Expense Claim, *exclusive of* Professional Fee Claims (which are addressed separately above), that has accrued between April 6, 2021 and the Effective Date of the Combined Plan and Disclosure Statement and that remains unpaid shall be filed no later than 4:00 p.m. (prevailing Eastern time) on **August 2, 2021** (the "**Administrative Claim Bar Date**").  Any such Administrative Expense Claim must be filed with the Bankruptcy Court by the Administrative Claim Bar Date and must be served so as to be actually received by the Administrative Claim Bar Date on: (i) the Liquidating Trustee, Entity Services (SPV), LLC, c/o Michelle Dreyer, 251 Little Falls Drive, Wilmington, DE 19808-1674 (e-mail Michelle.dreyer@cscgfm.com); and (ii) the Liquidating Trustee's counsel, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn: Michael Etkin (email metkin@lowenstein.com), Wojciech Jung (email wjung@lowenstein.com), and Jennifer Kimble (email jkimble@lowenstein.com) and Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, Attn: Christopher M. Samis, Esq. (email csamis@potteranderson.com) and L. Katherine Good, Esq. (email kgood@potteranderson.com).  **Any Person who fails to timely file and serve by the Administrative Claim Bar Date an Administrative Expense Claim that accrued between April 6, 2021 and the Administrative Claim Bar Date shall not be entitled to an Administrative Expense Claim or to receive any payment thereon.**

4.  **Claims Objection Deadline.  "Claims Objection Deadline"** means the later of (a) the first Business Day that is at least 180 days after the Effective Date; or (b) such later date as may be established by the Bankruptcy Court by motion of the Liquidating Trustee, which deadline shall be automatically extended upon the filing of such a motion until such time as the Bankruptcy Court enters an order on such motion.

5.  **Executory Contracts and Unexpired Leases to Be Rejected.**  Except as otherwise provided in the Combined Plan and Disclosure Statement, upon the occurrence of the Effective Date, each Executory Contract and Unexpired Lease of the Liquidating Debtors which has not previously been assumed and assigned, or rejected, prior to the Confirmation Date, shall be deemed rejected in accordance with, and subject to, sections 365 and 1123 of the Bankruptcy Code as of the Confirmation Date.  The last date for filing a Rejection Claim related to an Executory Contract or Unexpired Lease rejected as of entry of the Confirmation Order is **August 3, 2021.**

6.  **Binding Effect**.  The provisions of the Combined Plan and Disclosure Statement shall bind the Liquidating Debtors, the Liquidating Trust, the Liquidating Trustee, any Entity acquiring property under the Combined Plan and Disclosure Statement, any Liquidating Trust Beneficiary, and any Creditor or Interest Holder, whether or not such Creditor or Equity Interest Holder has filed a Proof of Claim or Interest in the Chapter 11 Cases, whether or not the Claim of such Creditor or the Interest of such Holder of Interest is impaired under the Combined Plan and

-3-

Disclosure Statement, and whether or not such Creditor or Holder of Interest has accepted or rejected the Combined Plan and Disclosure Statement. All Claims shall be fixed and adjusted pursuant to the Combined Plan and Disclosure Statement and the Confirmation Order.

**7.** **Post-Effective Date Notice Pursuant to Bankruptcy Rule 2002.** After the Effective Date, to continue to receive notice of documents pursuant to Bankruptcy Rule 2002, all creditors and other parties in interest (except those listed in the Confirmation Order) must file a renewed notice of appearance requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**8.** **Access to Documents.** Copies of the Combined Plan and Disclosure Statement, the Confirmation Order, and any other related documents may be viewed by accessing them online at https://www.omniagentsolutions.com/knotel. The documents are also available on the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.

(*Remainder of page intentionally left blank*)

Dated: July 1, 2021
      Wilmington, Delaware

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| /s/ *Matthew O. Talmo* | /s/ *D. Ryan Slaugh* |
| Robert J. Dehney (No. 3578) | Christopher M. Samis (No. 4909) |
| Matthew B. Harvey (No. 5186) | L. Katherine Good (No. 5101) |
| Matthew O. Talmo (No. 6333) | D. Ryan Slaugh (No. 6325) |
| 1201 N. Market Street, 16th Floor | 1313 N. Market Street, 6th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-1347 | Telephone: 302-984-6000 |
| Telephone: 302-658-9200 | Facsimile: (302) 658-1192 |
| Facsimile: 302-658-3989 | Email: csamis@potteranderson.com |
| Email: rdehney@morrisnichols.com |       kgood@potteranderson.com |
|       mharvey@morrisnichols.com |       rslaugh@potteranderson.com |
|       mtalmo@morrisnichols.com | |
| | |
| **MILBANK LLP** | **LOWENSTEIN SANDLER LLP** |
| Mark Shinderman, Esq. | Michael S. Etkin, Esq. |
| Daniel B. Denny, Esq. | Wojciech F. Jung, Esq. |
| 2029 Century Park East, 33rd Floor | Jennifer B. Kimble, Esq. |
| Los Angeles, CA 90067 | Colleen M. Maker, Esq. |
| Telephone: 424-386-4000 | Erica G. Mannix, Esq. |
| Email: mshinderman@milbank.com | One Lowenstein Drive |
|       ddenny@milbank.com | Roseland, New Jersey 07068 |
| | Telephone: (973) 597-2500 |
| *Counsel for the Debtors* | Facsimile: (973) 597-2400 |
| | Email: metkin@lowenstein.com |
| |       wjung@lowenstein.com |
| |       jkimble@lowenstein.com |
| |       cmaker@lowenstein.com |
| |       emannix@lowenstein.com |
| | |
| | *Counsel for the Official Committee of Unsecured Creditors* |